# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 22-20324-GLT |
| David A. Golupski and | ) |
| Maureen Y. Golupski, | ) **Chapter** 11 (Subchapter V) |
| **Debtors,** | ) |
| David A. Golupski and | ) **Related Document No.** 35-36 |
| Maureen Y. Golupski, | ) **Hearing Date:** 03/31/22 @ 10:30 a.m. |
| **Movants,** | ) **Response Due:** 03/21/22 |
| vs. | ) |
| No Respondent. | ) **Document No.** |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO EMPLOY CALAIARO VALENCIK AS COUNSEL TO THE DEBTOR AND DEBTOR-IN-POSSESSION, *NUNC PRO TUNC* AS OF THE PETITION DATE
## – Document No. 35

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Employ Calaiaro Valencik as Counsel to the Debtor and Debtor-in-Possession,** *Nunc Pro Tunc* **as of the Petition Date** filed on **March 3, 2022**, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion to Employ Calaiaro Valencik as Counsel to the Debtor and Debtor-in-Possession,** *Nunc Pro Tunc* **as of the Petition Date** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Employ Calaiaro Valencik as Counsel to the Debtor and Debtor-in-Possession,** *Nunc Pro Tunc* **as of the Petition Date** were to be filed and served no later than **March 21, 2022.**

It is hereby respectfully requested that the Order attached to the **Emergency Hearing on Motion to Employ Calaiaro Valencik as Counsel to the Debtor and Debtor-in-Possession,** *Nunc Pro Tunc* **as of the Petition Date** be entered by the Court.

**Dated:** March 22, 2022

/s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA I.D. #27538**
**dcalaiaro@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**