Newtek\HG Ventures\Golupski Bankruptcy\Motion for Relief from Stay2 - Notice

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
(Pittsburgh Division)

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| **David A. Golupski and Maureen Y. Golupski,** | : | Bankruptcy Case No. 22-20324-GLT |
| Debtors. | : | |
| | : | |
| **Newtek Small Business Finance, LLC,** | : | Hearing Date: April 28, 2022 |
| Movant, | : | Time: 10:00 o'clock a.m. |
| v. | : | Place: Bankruptcy Courtroom A, |
| **David A. Golupski and Maureen Y. Golupski,** | : | 600 Grant St., 54th Fl., Pgh., PA 15219 |
| **and James S. Fellin, Subchapter V Trustee,** | : | |
| Respondents. | : | Objections Due: April 11, 2022, 4:00 p.m. |
| | : | Related to D.I. No. ___ |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING
MOTION FOR RELIEF FROM THE AUTOMATIC STAY
PURSUANT TO  11 U.S.C. §§ 362(d)(1), AND 362(d)(2),
<u>FILED ON BEHALF OF NEWTEK SMALL BUSINESS FINANCE, LLC</u>**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than April 11, 2022 (i.e., not less than seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules of this Court, and the general procedures of the Presiding Judge as found on the Court's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing will not be held. Please refer to the Judge's calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on April 28, 2022, at 10:00 o'clock a.m. before the Honorable Gregory L. Taddonio, in Bankruptcy Courtroom A, 600 Grant Street, 54th Floor, Pittsburgh, PA 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform.  Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than **4 p.m. on the business day** prior to the scheduled hearing.  All parties participating remotely shall comply with Judge

1

Taddonio's *General Procedures,* (which can be found at
http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf).

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: March 24, 2022

                                        **CHARTWELL LAW**

                                        By: /s/ John J. Winter
                                            John J. Winter, Esq./Robert J. Murtaugh, Esq.
                                            Pa. ID Nos. 46849/57494
                                      970 Rittenhouse Road, Suite 300
                                      Eagleville, PA 19403
                                      Telephone Number (610) 666-7700
                                      Telecopier Number (610) 666-7704
                                      *(Attorneys for Newtek Small Business*
                                      *Finance, LLC)*