**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 22-20324-GLT |
| Dave A. Golupski | ) **Chapter** 11 |
| Maureen Y. Golupski | ) **Related Document No.** 57-56 |
| **Debtor.** | ) **Document No.** |
| | ) |
| Legends Golf & Country Club and | ) |
| Southmain Apartments, LLC | ) |
| **Respondents** | ) |

**CERTIFICATE OF SERVICE OF Order Dated March 30, 2022, 341 Meeting of Creditors Notice and Amendment to Schedule G**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 30, 2022**.**

**First Class Mail**
Legends Golf & Country Club, 8600 Legends Blvd., Fort Myers, FL 33912
South Main Apartments, LLC, 4003 William Bill Luther Dr., Hope Mills, NC 28348
Dave & Maureen Golupski, 5101 Carnoustie Drive, Presto, PA 15142

**NEF**
Jodi Hause, on Behalf of the United State Trustee, jodi.hause@usdoj.gov,

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:** March 30, 2022         /s/ Donald R. Calaiaro
                                          **Donald R. Calaiaro, PA I.D. #27538**
                                          **dcalaiaro@c-vlaw.com**
                                          **CALAIARO VALENCIK**
                                          **938 Penn Avenue, Suite 501**
                                          **Pittsburgh, PA  15222-3708**
                                          **(412) 232-0930**