

**U.S. Department of Justice**

Office of the United States Trustee

*Western District of Pennsylvania*

*1001 Liberty Avenue, Room 970*  *(412) 644-4756*
*Pittsburgh, PA   15222*  *fax (412) 644-4785*

# MINUTES OF §341 MEETING OF CREDITORS
## CHAPTER 11

IN RE:

David A. Golupski and  Case No. 22-20324 GLT
Maureen Y. Golupski

DEBTOR-IN-POSSESSION

The §341(a) Meeting of Creditors was **convened telephonically** on March 30, 2022 and closed.

ANDREW R. VARA
UNITED STATES TRUSTEE
Regions 3 and 9

By: /s/ Jodi L. Hause
    Jodi L. Hause
    Trial Attorney
    Presiding Officer
    Jodi.Hause@usdoj.gov

Date: March 30, 2022