# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/1/22 1:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 22-20324-GLT |
| | : | Chapter: | 11 |
| David A. Golupski | : | | |
| Maureen Y. Golupski | : | | |
| | : | Date: | 3/31/2022 |
| *Debtor(s).* | : | Time: | 11:00 |

## PROCEEDING MEMO

**MATTER:** Status Conference: #12 - Order Establishing Case Management Deadlines
# 42 - Status Report filed by the Debtor

**APPEARANCES**:
  Debtor: Donald R. Calaiaro
  Trustee: James S. Fellin
  UST: Jodi Hause

**NOTES:** [11:30 a.m.]

Calaiaro: The Debtors are guarantors for HG Ventures. There was $4.0mm in collateral secured by Newtek. They obtained relief from stay, but the Debtors never received credit for the collateral. There is a dispute as to whether this is a $5.0mm or a $200,000 claim. I circulated a draft plan to Mr. Fellin and Newtek. Newtek ultimately rejected our offer to pay their secured claim and resolving the outside litigation and filed a MFRS. The Debtors are both able to have regular income. In HG Ventures, PA-DoR had a claim, including against the shareholders for unpaid payroll tax obligations. We successfully showed that HG Ventures was not an employer, it had independent contractors, and there was no payroll tax. We listed PA-DoR as a creditor here to put the issue to bed. We forgot to include Mr. Golupski's $4,000 pension from FedEx.

Court: What about the Florida vacation home?

Calaiaro: They have not decided how to address that. We have already started drafting a plan.

Court: There seems to be significant expenses listed by the Debtors. Will those be trimmed down?

Calaiaro: Mr. Golupski works in South Carolina and maintains an apartment there. There are also unresolved tax claims.

Fellin: I agree with Mr. Calaiaro. We are awaiting information on the Debtors' tax returns.

Hause: We are seeking certain pre-petition bank statements, amended I and Financial Affairs, and proof of insurance for the property in Florida.

**OUTCOME:**

1. The *Status Conference: - Order Establishing Case Management Deadlines* [Dkt. No. 12] is CONCLUDED. [Text Order].

**DATED:** 3/31/2022