Case 22-20324-GLT    Doc 65    Filed 04/29/22    Entered 04/29/22 13:10:52    Desc Main
Document    Page 1 of 1

FILED
4/29/22 1:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 22-20324-GLT |
| | : | Chapter: | 11 |
| David A. Golupski | : | | |
| Maureen Y. Golupski | : | | |
| | : | Date: | 4/28/2022 |
| *Debtor(s).* | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER:**  # 49 Motion for Relief from Stay filed by Newtek Small Business Finance, LLC
# 62 Response filed by the Debtors

***APPEARANCES*:**
Debtor:   Donald R. Calaiaro
Trustee:  James S. Fellin
Newtek:   John Winter

**NOTES:** [11:02 a.m.]

Court: How much time do the parties need to be prepared for an evidentiary hearing?

Winter: We will need to call at least three appraisers and the auctioneer.

Calaiaro: We are in agreement that this matter is fact intensive and will require an evidentiary hearing. I will need at least 75 days to finish discovery.

Court: 75 days is reasonable under the circumstances.

Winter: Can we have 45 days after discovery closes?

Court: I will enter a pre-trial order with the expectation that a plan will be filed around the same time.

**OUTCOME:**

1. The hearing on the # 49 Motion for Relief from Stay filed by Newtek Small Business Finance, LLC [Dkt. No. 49] is CONTINUED September 2, 2022 at 10 a.m. [Chambers to issue pre-trial scheduling order in this case and the adversary].

**DATED:** 4/28/2022