**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**

| | |
|---|---|
| In Re:<br><br>DAVID A. GOLUPSKI and<br>MAUREEN Y. GOLUPSKI,<br><br>Debtors, | Case Number: 22-20324-GLT<br><br>Chapter 11 (Subchapter V Small Business) |
| DAVID A. GOLUPSKI and<br>MAUREEN Y. GOLUPSKI,<br><br>Movants,<br><br>v.<br><br>NO RESPONDENT. | Related to Doc. Nos.: 82 & 83 |

## AMENDED CERTIFICATE OF SERVICE

I certify under penalty of perjury that the *Objection of the United States Trustee to Confirmation of the Debtors' Small Business Chapter 11 Plan of Reorganization Dated May 25, 2022* was served on the parties at the addresses specified below on July 1, 2022 and July 6, 2022. The type of service made was electronic noticing using the CM/ECF System at the email address registered with the Court or U.S. Mail.

Via CM/ECF on 07/01/2022:

**Donald R. Calaiaro, Esq.**
Calaiaro Valencik
938 Penn Avenue, Suite 501
Pittsburgh, PA 15222-3708
Email: dcalaiaro@c-vlaw.com

**James S. Fellin**
The Nottingham Group, LLC
One Gateway Center
Suite 700
Pittsburgh, PA 15222

Via U.S. Mail on 07/06/2022:

**David A. Golupski**
**Maureen Y. Golupski**
5101 Carnoustie Drive
Presto, PA 15142

Dated: July 6, 2022         By:    */s/ Jodi L. Hause*
Jodi L. Hause, Trial Attorney
PA ID 90625
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, Pennsylvania 15222
(412) 644-4756 Telephone
(412) 644-4785 Facsimile
Jodi.Hause@usdoj.gov