# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 22-20324-GLT |
| David A. Golupski and | ) |
| Maureen Y. Golupski, | ) **Chapter** 11 (Subchapter V) |
| **Debtors,** | ) |
| David A. Golupski and | ) **Related Document No.** 98-97 |
| Maureen Y. Golupski, | ) **Hearing Date:** 08/25/22 @ 10:30 a.m. |
| **Movants,** | ) **Responses Due:** 08/15/22 |
| v. | ) |
| No Respondent. | ) **Document No.** |

## NOTICE REGARDING DEBTORS' REQUEST FOR HEARING ON MOTION TO EMPLOY REAL ESTATE BROKER FILED BY DAVID A. GOLUPSKI AND MAUREEN Y. GOLUPSKI

**PLEASE TAKE NOTICE** that, on July 27, 2022, the Debtors, David A. Golupski and Maureen Y. Golupski (the "Debtors"), by and through their counsel, Calaiaro Valencik and Donald R. Calaiaro, filed a motion captioned *Motion to Employ Real Estate Broker* (the "Motion"), with the United States Bankruptcy Court for the Western District of Pennsylvania. Doc. No. 97.

**PLEASE TAKE FURTHER NOTICE** that, contemporaneously with the filing of the Motion, the Debtors filed a Notice of Hearing and Response Deadline with the United States Bankruptcy Court for the Western District of Pennsylvania, scheduling a hearing on the Motion to be held on August 25, 2022, at 10:30 a.m. and establishing August 15, 2022, as the deadline to file any Responses or Objections to the Motion. See Doc. No. 98.

**PLEASE TAKE FURTHER NOTICE** that, no creditor or interested party timely filed a Response or Objection to the Motion.

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding the lack of written opposition to the Motion, the Debtors respectfully request that this Honorable Court hold the hearing on the Motion as scheduled to allow the Debtors to address a developing issue related to the compensation of the proposed broker on the pending sale that was not originated by the Broker.

**Respectfully submitted,**

**DATE:** August 16, 2022

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA I.D. #27538**
**dcalaiaro@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA 15222-3708**
**(412) 232-0930**