**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 22-20324-GLT |
| | ) **Chapter** 11 (Subchapter V) |
| David A. Golupski and | ) **Related to Doc. No.** 87, 107 |
| Maureen Y. Golupski, | ) |
| | ) |
| **Debtors,** | ) **Document No.** |

## NOTICE REGARDING DEBTORS' TAX RETURNS FILED BY DAVID A. GOLUPSKI AND MAUREEN Y. GOLUPSKI

**PLEASE TAKE NOTICE** that the Debtors, David A. Golupski and Maureen Y. Golupski (the "Debtors"), by and through their counsel, Calaiaro Valencik and Donald R. Calaiaro, filed their amended federal and their outstanding federal tax returns for 2021 with the United States Bankruptcy Court for the Western District of Pennsylvania.

**PLEASE TAKE FURTHER NOTICE**, that this Honorable Court entered an Order directing the Debtors to file amended 2020 and 2021 federal tax returns on or before August 12, 2022. See Doc. No. 87.

**PLEASE TAKE FURTHER NOTICE**, that the filing deadline was extended to August 29, 2022. See Doc. No. 107.

**PLEASE TAKE FURTHER NOTCE**, that the Debtors' have electronically filed their 2021 tax returns with the Internal Revenue Service, and other applicable state and local taxing authorities.

**PLEASE TAKE FURTHER NOTICE**, that the Debtors' have submitted the amended 2020 federal tax returns for filing with the Internal Revenue Service, and other applicable state and local taxing authorities, as necessary. Those returns were not able to be electronically filed and there may be delays with the processing of the amended returns.

**Respectfully submitted,**

**DATE:** August 23, 2022

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA I.D. #27538**
dcalaiaro@c-vlaw.com
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**