Case 22-20324-GLT    Doc 117    Filed 08/26/22    Entered 08/26/22 14:27:33    Desc Main
Document    Page 1 of 1

FILED
8/26/22
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 22-20324-GLT |
| | : | Chapter: | 11 |
| David A. Golupski | : | | |
| Maureen Y. Golupski | : | | |
| | : | Date: | 8/25/2022 |
| *Debtor(s).* | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER:**   # 97 Application to Employ James R. Higgins and SWFL Real Estate Experts as Real Estate Broker filed by the Debtors

   # 108 - Notice Regarding Debtors' Request for Hearing

**APPEARANCES**:
   Debtor:   Donald R. Calaiaro, Andrew Pratt, Monica Locke
   Newtek:   John Winter
   Trustee:   James Fellin

**NOTES:** [10:32 a.m.]

Calaiaro: The tenant of this property has made an offer. If the Court is inclined to approve this application, it could cost the estate approximately $21,000. I do not believe the broker should be entitled to a 5% commission.

Court: Are you not withdrawing the motion?

Calaiaro: I would withdraw the motion if there was no objection.

Winter: I have no opposition to withdrawal.

Court: Is there any benefit to retaining a broker to solicit higher and better offers?

Calaiaro: In my opinion, we listed the property for sale. I do not see a benefit.

Fellin: I think any benefit from a broker would be nominal.

Court: I will consider the motion to be denied as withdrawn.

Pratt: I can confirm that the 2021 tax returns have been prepared and submitted.

Fellin: I've reviewed the tax return. It appears there will be additional tax liability incurred.

Calaiaro: We expect to pay that at confirmation.

**OUTCOME:**

1. The *Application to Employ James R. Higgins and SWFL Real Estate Experts as Real Estate Broker* [Dkt. No. 97] is DENIED as withdrawn. [Text Order].

**DATED:** 8/25/2022