FILED
8/24/22 3:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 22-20324-GLT |
| | : | |
| **DAVID A. GOLUPSKI** | : | |
| **MAUREEN Y. GOLUPSKI** | : | Chapter 11 (Sub. V) |
| | : | |
| *Debtor*. | : | Related to Dkt. No. 106 and 110 |
| | : | |

**AMENDED ORDER SETTING DEADLINES AND SCHEDULING**
**HEARING ON PLAN CONFIRMATION**
**(SUBCHAPTER V SMALL BUSINESS CASE)**

**AND NOW**, upon consideration the *Amended Chapter 11 Subchapter 5 Plan of Reorganization* dated August 12, 2022 [Dkt. No. 106] (the "Plan") filed by the Debtors in this case filed under subchapter V of title 11, and it appearing the Court has jurisdiction over this matter; and due notice of the filing of the *Plan* having been given; and just cause existing for the relief granted herein;

It is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. **Plan Confirmation Hearing Date.** The Court will conduct hearing on **September 22, 2022** at **11 am** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, to consider the *Plan* and any objections thereto. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters by utilizing the Zoom video conference platform. All parties wishing to appear by video conference must register by submitting a video conference registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) **no later than 4 p.m. on the business day prior** to the scheduled hearing. All counsel and parties participating by video conference shall comply with Judge Taddonio's *Procedures Updated Effective August 1, 2021*, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc-appearances.pdf).

2. **Objection Deadline.** Objections to confirmation of the *Plan*, if any, must be in writing, must state the name of the objecting party, its interest in the chapter 11 case, the nature of the objection, and the basis for the objection, and must be filed with the Court and served in a manner so as to be received by the Debtor, counsel to the Debtor, and the United States Trustee by no later than **September 16, 2022** at the following addresses:

3. **Deadline for § 1111(b) Elections.** Any election by a secured creditor under 11 U.S.C. § 1111(b)(2) must be filed with the Court no later than 30 days after the date the Debtor's *Plan* was filed.

4.    **Balloting Deadline**.  The balloting deadline for voting on the *Plan* is **September 16, 2022** All parties who are entitled to vote on the *Plan* must submit written ballots (either accepting or rejecting the *Plan*) to Debtor's counsel at the address listed in paragraph 2 of this *Order* so that the ballot is received no later than September 16, 2022.

5.    **Ballot Summary Deadline.**  The Debtor shall file a *Ballot Summary* no later than **September 20, 2022**.

6.    **Solicitation Package Deadline.**  On or before August 26, 2022 the Debtor shall send a *Solicitation Package* (defined herein) to each creditor or party-in-interest who is entitled to vote on the *Plan*.  The *Solicitation Package* shall include:  (i) a copy of this *Order*; (ii) the *Plan Summary*; (iii) the *Plan*; and (iv) a ballot conforming with Official Form 14.  The *Solicitation Package* shall also be served upon the United States Trustee (without a ballot).  A certificate of service indicating compliance with this paragraph shall be filed with the Court within three business days of service.

7.    **Confirmation Hearing Package Deadline.**  On or August 26, 2022, the Debtor shall send a *Confirmation Hearing Package* (defined herein) to all creditors and parties-in-interest pursuant to Federal Bankruptcy Rule 2002 ***to the extent such parties are not recipients of the Solicitation Package***.  Recipients of the *Confirmation Hearing Package* shall include each of the following:  (i) each person or entity that filed a proof of claim; (ii) each person or entity listed on the schedules (including any party to an executory contract); (iii) any party that filed a request for notice under Federal Bankruptcy Rule 2002; (iv) any known holders of claims or equity interests in the Debtor; and (v) any other party contained on the creditors' matrix maintained by the Court.  The *Confirmation Hearing Package* shall include: (i) this *Order*; (ii) the *Plan Summary*; and (iii) a notice containing:  (a) a statement that the person or entity is not eligible to cast a vote on the *Plan*; and (b) instructions for requesting a copy of the *Plan* at no cost to the requesting party. A certificate of service indicating compliance with this paragraph shall be filed with the Court within three business days.

Dated:  8/24/22

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to mail to:
Debtor

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 22-20324-GLT
David A. Golupski                                                               Chapter 11
Maureen Y. Golupski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                    Page 1 of 2
Date Rcvd: Aug 24, 2022                       Form ID: pdf900                            Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + David A. Golupski, Maureen Y. Golupski, 5101 Carnoustie Drive, Presto, PA 15142-1507 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2022                  Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Beverly Weiss Manne | on behalf of Creditor Advance Business Capital  LLC dba Triumph Business Capital bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| Courtney Helbling | on behalf of Creditor Advance Business Capital  LLC dba Triumph Business Capital chelbling@tuckerlaw.com |
| Donald R. Calaiaro | on behalf of Joint Debtor Maureen Y. Golupski dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com |
| Donald R. Calaiaro | |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Aug 24, 2022 | Form ID: pdf900 | Total Noticed: 1

Donald R. Calaiaro
on behalf of Plaintiff David A. Golupski dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com

Donald R. Calaiaro
on behalf of Plaintiff Maureen Y. Golupski dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com

Donald R. Calaiaro
on behalf of Debtor David A. Golupski dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com

James S. Fellin
jfellin@nottinghamgroup.com

James S. Fellin
on behalf of Trustee James S. Fellin jfellin@nottinghamgroup.com

Jeffrey Hunt
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Jeffrey R. Hunt
on behalf of Creditor Chartiers Valley School District jhunt@grblaw.com

Jeffrey R. Hunt
on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jill Locnikar
on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov,
patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jodi Hause
on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov
David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

John J. Winter
on behalf of Creditor Newtek Small Business Finance  LLC jwinter@chartwelllaw.com

John J. Winter
on behalf of Defendant Newtek Small Business Finance  LLC jwinter@chartwelllaw.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

TOTAL: 18