## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** ) | **Bankruptcy No.** 22-20324-GLT |
| David A. Golupski and ) | |
| Maureen Y. Golupski, ) | **Chapter** 11 (Subchapter V) |
| **Debtors,** ) | |
| David A. Golupski and ) | |
| Maureen Y. Golupski, ) | **Related Document No.** 102-101 |
| **Movants,** ) | |
| vs. ) | **Hearing Date:** 09/09/22 @ 10:30 a.m. |
| PNC Bank, National Association; Newtek ) | |
| Small Business Finance, LLC; ) | **Response Due:** 08/29/22 |
| The Office of the Lee County Tax Collector; ) | |
| Florida Department of Revenue, ) | |
| **Respondents.** ) | **Document No.** |

### PROOF OF PUBLICATION OF NOTICE OF SALE

Attached is a Proof of Publication of the Notice of Sale in *The News-Press along with* proof of advertising the Notice of Sale in the *Lee County Newsletter* and *Florida Bar Website* for the sale of the Debtors' property located at 8205 Woodbridge Pointe Drive, Fort Myers, Florida 33912. The sale was listed and could be viewed on the EASI System.

**Respectfully submitted,**

**DATE:** September 8, 2022

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA I.D. #27538**
dcalaiaro@c-vlaw.com
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**

0005375610 / 4122320930



**The News-Press media group**
news-press.com    A GANNETT COMPANY

Attn:
**CALAIARO VALENICK**
**938 PENN AVENUE, SUITE 501**
**PITTSBURGH, 152223708**

State of Wisconsin, County of Brown:
Before the undersigned authority personally appeared
Sarah Bertelsen, who on oath says that
he or she is a Legal Assistant of the News-Press, a daily
newspaper published at Fort Myers in Lee County, Florida; that
the attached copy of advertisement, being a Legal Ad in the
matter of

Notice of Sales

In the Twentieth Judicial Circuit Court was published in said
newspaper editions dated or by publication on the newspaper's
website, if authorized, on:

**08/19/2022**

Affiant further says that the said News-Press is a paper of
general circulation daily in Lee County and published at Fort
Myers, in said Lee County, Florida, and that the said newspaper
has heretofore been continuously published in said Lee County,
Florida each day and has been entered as periodicals matter at
the post office in Fort Myers, in said Lee County, Florida, for a
period of one year next preceding the first publication of the
attached copy of advertisement; and affiant further says that
he or she has never paid nor promised any person, firm or
corporation any discount, rebate, commission or refund for the
purpose of securing this advertisement for publication in the
said newspaper.

Sworn to and Subscribed before me this 7th of September
2022, by legal clerk who is personally known to me.

_____
Affiant

_____
Notary State of Wisconsin, County of Brown

8-21-26
My commission expires

NICOLE JACOBS
Notary Public
State of Wisconsin

# of Affidavits: 1

**This is not an invoice**

---

Bankruptcy Sale Notice – Western District of Pennsylvania
IN RE: David A. and Maureen Y. Golupski
Case No. 22-20324-GLT
Real property located at 8205 Woodbridge Pointe Drive, Fort Myers, Florida 33912
Date of Sale: 09/09/22 @ 10:30 a.m., Courtroom A
Objections Due: 08/29/22
Initial Offer: $425,000.00
Higher and better offers will be considered at hearing from Qualified Bidders.
For more information: www.pawb.uscourts.gov/easi.htm
AD #5375610, Aug. 19, 2022

Systems Development Project Specialist position available

Legal Assistant position available



Assistant School Board Attorney position available

Paralegal position available



The Administrative Office of the Courts for the Twentieth Judicial Circuit has three Trial Court Staff Attorney position opportunities as well as a many Digital Court Reporting position opportunities.





### Bankruptcy Sale Notice

Western District of Pennsylvania
IN RE: David A. and Maureen Y. Golupski
Case No. 22-20324-GLT
Real property located at 8205 Woodbridge Pointe Drive, Fort Myers, Florida 33912
Date of Sale: 09/09/22 @ 10:30 a.m., Courtroom A
Objections Due: 08/29/22
Initial Offer: $425,000.00
Higher and better offers will be considered at hearing from Qualified Bidders.
For more information: www.pawb.uscourts.gov/easi.htm



### The Foundation Seeks Members to Assist with Grant Allocations

Each year the Foundation receives dozens of applications for funding dynamic programs by local nonprofit organizations. The Foundation is seeking LCBA members to assist in reviewing these worthy applications and making funding recommendations for the 2022 grant cycle. No prior nonprofit or grant review experience necessary. The commitment would be 4-5 hours to take place in later September / early October.
This is a great way to get involve and learn more about the Lee County Bar Association Foundation.
Please contact Shannon Puopolo, **shannon.puopolo@henlaw.com**,
if you would be interested in volunteering.



# Receipt

**The Florida Bar**

651 E. Jefferson Street
Tallahassee, FL 32399

**SOLD TO:**
CALAIARO
VALENCIK

**PUBLICATION RUN DATE(S):**
08/18 - 08/26/22

| INVOICE # | DESCRIPTION | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|
| 0761474 | News Classified Ad 50 words<br>Web site<br>1 cycle | $95.00 | $95.00 |
| | **SUBTOTAL** | | $95.00 |
| | **AMOUNT PAID(AMEX)** | | $95.00 |
| | **TOTAL OWED** | | $0.00 |