Case 22-20324-GLT    Doc 123    Filed 09/09/22    Entered 09/09/22 13:27:26    Desc Main
Document    Page 1 of 1
FILED
9/9/22
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 22-20324-GLT |
| | : | Chapter: | 11 |
| David A. Golupski | : | | |
| Maureen Y. Golupski | : | | |
| | : | Date: | 9/9/2022 |
| *Debtor(s).* | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER:**    # 101 Motion to Sell Property Free and Clear of Liens under Section 363(f)
MOTION FOR AN ORDER APPROVING THE SALE OF REAL PROPERTY
AND EQUIPMENT FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES
PURSUANT TO SECTIONS 363(b) AND 363(f). Re: 8205 Woodbridge Pointe Drive,
Fort Myers, Florida 33912
# 120 - Limited Response filed by PNC Bank, NA
# 121 - Proof of Publication
# 122 - Proposed Order

**APPEARANCES:**
- Debtor:    Donald R. Calaiaro, Thomas Lewis
- Trustee:    James S. Fellin
- PNC Bank:    Denise Carlon
- Newtek:    John Winter

**NOTES:** [10:32 a.m.]

Calaiaro: [Delivers argument in favor of motion to sell]. This is a sale without any contingencies or restrictions. The proceeds of the sale will be used to pay the administrative tax claims against this property. There should be $50,000 held by the Debtor as net proceeds from the sale. Those proceeds will be held pending further court order.

Carlon: Our response was limited to ensure that my client is paid in full.

Winter: We support the sale.

Fellin: The trustee also supports this sale.

Court: [Exposes property for competing bids]. I find this to be the highest and best offer, and I will grant the sale motion.

**OUTCOME:**

1. The *Motion to Sell Property Free and Clear of Liens under Section 363(f)* [Dkt. No. 101] is GRANTED. [HT to enter proposed order at Dkt. No. 122, subject to the Court's modifications]

**DATED:** 9/9/2022