IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DAVID A. GOLUPSKI and ) | Bank. No. 22-20324-GLT |
| MAUREEEN Y. GOLUPSKI ) | |
| ) | Chapter 11 subchapter V |
| Debtors. ) | |
| ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | Related to Doc. No. 106 |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | Hearing Date: 9/22/2022 @ 11:00 |
| ) | |
| DAVID A. GOLUPSKI and ) | |
| MAUREEEN Y. GOLUPSKI ) | |
| ) | |
| ) | |
| Respondents. ) | |

<u>UNITED STATES' LIMITED OBJECTION TO SMALL BUSINESS DEBTORS' FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED AUGUST 12, 2022</u>

The United States of America, on behalf of the Internal Revenue Service, by its attorneys, Cindy K. Chung, United States Attorney for the Western District of Pennsylvania, and Jill Locnikar, Assistant United States Attorney, objects to the Debtors' Plan of Reorganization dated August 12, 2022 stating as follows:

1. The Internal Revenue Service has an estimated claim against the Debtors in the amount of $67,794.45.00, of which $66,741.31 is an unsecured priority claim and $1,053.14 is a general unsecured claim.

2. Section 2.2.8 of the Small Business Debtors' First Amended Chapter 11 Plan of Reorganization Dated August 12, 2022 (the "Amended Plan") lists the IRS priority claim as $3,200.00 with a footnote acknowledging that this amount might increase based on the amended 2020 and 2021 tax returns having been filed.

3. Pursuant to this Court's order, the Debtors filed their 2021 tax return and submitted an amended 2020 tax return. The IRS acknowledges receipt of those returns, but the IRS has not assessed the liabilities yet.

4. On September 12, 2022, the IRS amended its proof of claim based on the information provided by the Debtors in the returns. Once the returns are assessed, the IRS will amend its claim if necessary.

3. The IRS files this limited objection because the Amended Plan does not properly provide for the Debtors' tax liabilities as stated in their returns that were sent to the IRS.

WHEREFORE, the United States respectfully requests that this Honorable Court deny confirmation of the Debtors' Amended Plan to the extent that it fails to properly provide for the IRS claim.

September 14, 2022

Respectfully submitted,

CINDY K. CHUNG
United States Attorney

*/s/ Jill Locnikar*
JILL LOCNIKAR
Assistant United States Attorney
Joseph F. Weis, Jr. United States Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
Tel: (412) 894-7429
Email: jill.locnikar@usdoj.gov
PA ID No. 85892

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| DAVID A. GOLUPSKI and | ) Bank. No. 22-20324-GLT |
| MAUREEEN Y. GOLUPSKI | ) |
| | ) Chapter 11 subchapter V |
| Debtors. | ) |
| | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Related to Doc. No. 109 |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) Hearing Date: 9/22/2022 @ 11:00 |
| | ) |
| DAVID A. GOLUPSKI and | ) |
| MAUREEEN Y. GOLUPSKI | ) |
| | ) |
| | ) |
| Respondents. | ) |

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing United States' Limited Objection to Small Business Debtors' First Amended Chapter 11 Plan of Reorganization Dated August 12, 2022 was served by electronic notification on the following on September 14, 2022:

**Donald R. Calaiaro, Esq.**
Calaiaro Valencik
938 Penn Avenue, Suite 501
Pittsburgh, PA 15222-3708
412-232-0930
Fax : 412-232-3858
Email: dcalaiaro@c-vlaw.com

*Trustee*
**James S. Fellin**
The Nottingham Group, LLC
One Gateway Center
Suite 700
Pittsburgh, PA 15222
412-288-9948

Larry E. Wahlquist on behalf of the United States Trustee
 larry.e.wahlquist@usdoj.gov

*/s/ Jill Locnikar*
Jill Locnikar
Assistant U.S. Attorney
700 Grant Street, Suite 4000
Pittsburgh, PA  15219
(412) 894-7429
PA ID No. 85892
Jill.locnikar@usdoj.gov