**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) **Bankruptcy No.** 22-20324-GLT |
| David A. Golupski and | ) |
| Maureen Y. Golupski, | ) **Chapter** 11 (Subchapter V) |
| **Debtors,** | ) |
| David A. Golupski and | ) |
| Maureen Y. Golupski, | ) **Related Document No.** 124-101 |
| **Movants,** | ) |
| **vs.** | ) **Hearing Date:** 09/09/22 @ 10:30 a.m. |
| PNC Bank, National Association; Newtek | ) |
| Small Business Finance, LLC; | ) **Response Due:** 08/29/22 |
| The Office of the Lee County Tax Collector; | ) |
| Florida Department of Revenue, | ) |
| **Respondents.** | ) **Document No.** |

## CERTIFICATE OF SERVICE OF ORDER CONFIRMING CHAPTER 11 SALE OF PROPERTY FREE AND CLEAR AND DIVESTED OF LIENS, CLAIMS AND ENCUMBRANCES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on September 14, 2022.

PNC Bank, N.A., c/o Brian C. Nicholas, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106; bnicholas@kmllawgroup.com

PNC Bank, N.A., c/o Brian C. Nicholas, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106; dcarlon@kmllawgroup.com

PNC Bank, N.A., ATTN: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342; bankruptcy.claims.@pnc.com

Newtek Small Business Finance, LLC, c/o John J. Winter, Esquire, Chartwell Law, 970 Rittenhouse Road, Suite 300, Eagleville, PA 19403; jwinter@chartwelllaw.com

The Office of the Lee County Tax Collector, 2480 Thompson Street, Ft Meyers FL 33901

Florida Department of Revenue, 5050 W Tennessee Street, Tallahassee FL 32399-0112, Attention: MS 3-2000

James R. Higgins, 10461 Six Mile Cypress Parkway, Suite 504, Fort Myers, Fl 33966; jim@thegolfcourseexperts.com

James S. Fellin; jfellin@nottinghamgroup.com

Mr. and Mrs. David Golupski, 5101 Carnoustie Drive, Presto, PA 15142

Thomas J. Lewis and Georgett A. Lewis, 19277 Birchdale Point Road, Brainerd, MN 56401
*(Purchasers)*

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:** September 14, 2022

/s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA I.D. #27538**
**dcalaiaro@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**