### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| DAVID A. GOLUPSKI and<br>MAUREEN Y. GOLUPSKI, | Bankruptcy No. 22-20324-GLT |
| Debtors. | Chapter 11 (Subchapter V) |

### NOTICE OF APPEARANCE, REQUEST FOR
### NOTICES AND SERVICE OF PAPERS

Please take notice that James Higgins and SWFL Real Estate Experts, interested parties in the above-captioned Bankruptcy Case, hereby appear in the above-captioned case by and through their Counsel, Ryan J. Cooney, and such counsel hereby enters his appearance pursuant to Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure that copies of all notices and pleadings given or filed in this case be given and served upon the person at the following address and that the following name and address be added to the Mailing Matrix:

Ryan J. Cooney
The Cooney Law Offices
223 Fourth Avenue, 4th Floor
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  rcooney@cooneylawyers.com

## **DECLARATION IN LIEU OF AFFIDAVIT**

I am the Attorney for James Higgins and SWFL Real Estate Experts, interested parties in the above-captioned Bankruptcy Case, and I am authorized by James Higgins and SWFL Real Estate Experts to make the accompanying request for notices. The new address should be used instead of the existing address and added to the matrix. I hereby certify that the request for notices being filed herewith replaces, supersedes and cancels all prior requests for notice by the within named interested party.

Dated: September 21, 2022

/s/Ryan J. Cooney
RYAN J. COONEY
PA I.D. #319213
The Cooney Law Offices
223 Fourth Avenue, 4th Fl.
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  rcooney@cooneylawyers.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **DAVID A. GOLUPSKI** and **MAUREEN Y. GOLUPSKI,** | Bankruptcy No. 22-20324-GLT |
| **Debtors.** | Chapter 11 (Subchapter V) |

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing Notice of Appearance, Request for Notices and Service of Papers using the electronic filing system which will send notification of such filing to those attorneys registered to receive notice via the CM/ECF system for this matter this 21st day of September 2022.

Dated: September 21, 2022

/s/Ryan J. Cooney____
RYAN J. COONEY
PA I.D. #319213
The Cooney Law Offices
223 Fourth Avenue, 4th Fl.
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  rcooney@cooneylawyers.com