**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Bankruptcy No. 22-20324-GLT |
| **DAVID A. GOLUPSKI and, MAUREEN Y. GOLUPSKI** | |
| | Chapter 11 (Subchapter V) |
| Debtors, | |
| **JAMES HIGGINS and SWFL REAL, ESTATE EXPERTS** | Related to Doc. Nos. 124, 134, 135 |
| Movants, | |
| v. | |
| **DAVID A. GOLUPSKI and MAUREEN Y. GOLUPSKI,** | |
| Respondents. | |

### CERTIFICATE OF SERVICE

I, Ryan J. Cooney, hereby certify, that on the 27th day of September 2022, a true and correct copy of the **MOTION OF JAMES HIGGINS AND SWFL REAL ESTATE EXPERTS FOR DIRECT PAYMENT OF REAL ESTATE BROKER'S COMMISSION** were served upon the following *(via email)*:

Donald R. Calaiaro
Calaiaro Valencik
938 Penn Avenue
Suite 501
dcalaiaro@c-vlaw.com

Date: <u>September 27, 2022</u>   <u>*/s/ Ryan J. Cooney*</u>
Ryan J. Cooney
PA I.D. #319213
The Cooney Law Offices LLC
223 Fourth Avenue, 4th Floor
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: rcooney@cooneylawyers.com