**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | |
| **DAVID A. GOLUPSKI and,** | **Bankruptcy No. 22-20324-GLT** |
| **MAUREEN Y. GOLUPSKI** | |
| | **Chapter 11 (Subchapter V)** |
| **Debtors,** | |
| **JAMES HIGGINS and SWFL REAL, ESTATE EXPERTS** | Related to Doc. Nos. 124, 134, 135 |
| **Movants,** | |
| v. | |
| **DAVID A. GOLUPSKI and MAUREEN Y. GOLUPSKI,** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

I, Ryan J. Cooney, hereby certify, that on the 27th day of September 2022, a true and correct copy of the **NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF JAMES HIGGINS AND SWFL REAL ESTATE EXPERTS FOR DIRECT PAYMENT OF REAL ESTATE BROKER'S COMMISSION, AND MOTION OF JAMES HIGGINS AND SWFL REAL ESTATE EXPERTS FOR DIRECT PAYMENT OF REAL ESTATE BROKER'S COMMISSION** were served upon the following *(via email)*:

Donald R. Calaiaro
Calaiaro Valencik
938 Penn Avenue
Suite 501
dcalaiaro@c-vlaw.com

Date: <u>September 27, 2022</u>     <u>*/s/ Ryan J. Cooney*</u>
Ryan J. Cooney
PA I.D. #319213
The Cooney Law Offices LLC
223 Fourth Avenue, 4th Floor
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: rcooney@cooneylawyers.com