IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| DAVID A. GOLUPSKI and | : | Case No. 22-20324-GLT |
| MAUREEN Y. GOLUPSKI, | : | Chapter 11 |
| *Debtors.* | : | |
| | : | |
| ADVANCE BUSINESS CAPITAL LLC | : | Related to Doc. No. 146 |
| D/B/A TRIUMPH BUSINESS CAPITAL, | : | |
| DAVID A. GOLUPSKI, and MAUREEN Y. | : | |
| GOLUPSKI, | : | |
| *Movants,* | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENTS. | | |

**STIPULATION AND AGREED ORDER APPROVING STIPULATION BETWEEN DEBTORS AND CREDITOR, ADVANCE BUSINESS CAPITAL LLC, ON AMOUNT OF CREDITOR'S CLAIM, WAIVING OBJECTIONS TO CREDITOR'S CLAIM AND RESOLVING CREDITOR'S OBJECTION TO THE PLAN**

Advance Business Capital LLC D/B/A Triumph Business Capital ("**Triumph**") and the Debtors, David A. Golupski and Maureen Y. Golupski (the "**Debtors**"), pursuant to Federal Rule of Bankruptcy Procedure 3001, 3002 and 3007, file the within Stipulation agreeing to the validity and amount of Triumph's Claim as set forth in Triumph's proof of claim filed on April 29, 2022 at Claim No. 55 ("**Claim**") , waiving Debtor's right to object to Triumph's Claim, and withdrawing Triumph's ballot rejecting the Amended Chapter 11 Small Business Subchapter V Plan dated August 12, 2022 ("**Plan**"), and state as follows:

1. Since the date of filing Triumph's Claim in the above Chapter 11 Case, Triumph has not collected any amounts on any accounts receivable of HG Ventures, Inc. that would reduce the amount of Triumph's claim against the Debtors in this case.

2. The Debtors stipulate and agree to both the validity and amount of Triumph's allowed claim in the amount of $600,591.57 as set forth in its Claim.

3. Triumph hereby withdraws its ballot rejecting the Plan and by this Stipulation votes its ballot in acceptance of the Plan.

Dated: October 25, 2022                                        Respectfully Submitted,

*/s/Beverly Weiss Manne*
Beverly Weiss Manne (PA I.D. 34545)
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, PA 15222
(412)594-5525
(412) 594-5619
bmanne@tuckerlaw.com
*Counsel for Advance Business Capital, LLC*

*/s/ Donald Calaiaro*
Donald Calaiaro
Calaiaro Valencik
938 Penn Avenue, Suite 501
Pittsburgh, PA 14222
(412) 232-0930
(412) 232-3858
dcalaiaro@c-vlaw.com
*Counsel for the Debtors*

Dated: 10/27/22

SO ORDERED: _____
Honorable Gregory L. Taddonio
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20324-GLT |
| David A. Golupski | Chapter 11 |
| Maureen Y. Golupski | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 28, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + David A. Golupski, Maureen Y. Golupski, 5101 Carnoustie Drive, Presto, PA 15142-1507 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2022                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Beverly Weiss Manne | on behalf of Creditor Advance Business Capital  LLC dba Triumph Business Capital bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| Courtney Helbling | on behalf of Creditor Advance Business Capital  LLC dba Triumph Business Capital chelbling@tuckerlaw.com |
| Donald R. Calaiaro | on behalf of Joint Debtor Maureen Y. Golupski dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com |
| Donald R. Calaiaro | |

| | |
|---|---|
| | on behalf of Plaintiff David A. Golupski dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Plaintiff Maureen Y. Golupski dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Debtor David A. Golupski dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com |
| James S. Fellin | jfellin@nottinghamgroup.com |
| James S. Fellin | on behalf of Trustee James S. Fellin jfellin@nottinghamgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | on behalf of Creditor Chartiers Valley School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Jodi Hause | on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV |
| John J. Winter | on behalf of Creditor Newtek Small Business Finance LLC jwinter@chartwelllaw.com |
| John J. Winter | on behalf of Defendant Newtek Small Business Finance LLC jwinter@chartwelllaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronald B. Roteman | on behalf of Interested Party Thomas J. Lewis rroteman@stonecipherlaw.com jdearment@stonecipherlaw.com |
| Ronald B. Roteman | on behalf of Interested Party Georgette A. Lewis rroteman@stonecipherlaw.com jdearment@stonecipherlaw.com |
| Ryan J Cooney | on behalf of Interested Party James Higgins rcooney@cooneylawyers.com |
| Ryan J Cooney | on behalf of Interested Party SWFL Real Estate Experts rcooney@cooneylawyers.com |

TOTAL: 22