FILED
10/31/22 4:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Bankruptcy No. 22-20324-GLT |
| David A. Golupski | | |
| Maureen Y. Golupski | | |
| Debtors | : | Adversary No. |
| | : | |
| | : | Related to Docket No. 123 |
| | : | |
| | : | Daily Request |
| | : | |

## NOTICE OF TRANSCRIPT ORDER
## WITH COMPLETION DATE

Donald R. Calaiaro, Esq. has ordered transcript(s) for hearings held on the date(s) listed below:

    September 9, 2022

The transcript is being prepared by J&J Court Transcribers, Inc.. The estimated completion for this transcript is November 2, 2022.

                                                                         Michael R. Rhodes, Clerk
                                                                    United States Bankruptcy Court

Date: 10/31/2022                                     By:     /s/ Hayley Smith
                                                                              ECRO

#61-M