**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| IN RE: | |
| | Case No.: 22-20324-GLT |
| DAVID A. GOLUPSKI AND MAUREEN Y. GOLUPSKI, | Chapter 11 |
| Debtors. | |
| | Document No. _____ |
| | Related to Document(s) No. 147 and No. 150 |
| THOMAS J. LEWIS AND GEORGETTE A. LEWIS, | |
| Movants, | |
| | Hearing Date & Time: |
| -vs- | November 3, 2022 at 11:00 a.m. |
| DAVID A. GOLUPSKI AND MAUREEN Y. GOLUPSKI; PNC BANK, NA; NEWTEK SMALL BUSINESS FINANCE, LLC; THE OFFICE OF THE LEE COUNTY TAX COLLECTOR; AND FLA DEP'T OF REVENUE, | Responses Due: November 2, 2022 by 4:00 p.m. |
| Respondents. | |

**CERTIFICATE OF SERVICE OF**
**(1) EXPEDITED MOTION SEEKING CLARIFICATION OF, OR RELIEF FROM, COURT ORDER AND AUTHORIZATION TO PURSUE RIGHTS AND REMEDIES IN ACCORDANCE WITH ALL CONTRACTUAL TERMS AND (2) NOTICE AND ORDER SETTING HEARING ON AN EXPEDITED BASIS**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the address specified below on **October 28, 2022**.

The types of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: Email, Fax, or Hand delivery as indicated below.

**PNC Bank, N.A. via email: bankruptcy.claims.@pnc.com**

**PNC Bank, N.A., c/o Brian C. Nicholas, Esquire, KML Law Group, P.C.**
**via email: bnicholas@kmllawgroup.com**

**Newtek Small Business Finance, LLC c/o John J. Winter, Esquire, Chartwell Law**
via email:  jwinter@chartwelllaw.com

**The Office of the Lee County Tax Collector 2480 Thompson Street Ft Meyers FL 33901**
<u>Hand Delivery FedEx</u>

**Florida Department of Revenue c/o Frederick F. Rudzik, Chief Assistant General Counsel, Office of the General Counsel, Bankruptcy Unit**
via email:  fred.rudzik@floridarevenue.com

**Debtor:**
**Mr. and Mrs. David Golupski 5101 Camoustie Drive Presto, PA 15142**
via email:  dcalaiaro@c-vlaw.com

**Debtor's Counsel:**
**Donald R. Calaiaro, Esquire via email:  dcalaiaro@c-vlaw.com**

**U.S. Trustee's Office:**
**Jodi Hause via email:  jodi.hause@usdoj.gov**

**Subchapter V Trustee:**
**James S. Fellin, Esquire via email:  jfellin@nottinghamgroup.com**

## 20 LARGEST UNSECURED CREDITORS

**Brian Fuleihan 119 Lanzeby Drive Fort Mill, SC 29715 via email: fuleihan@email.sc.edu**

**Green Capital Funding 53 Mason Street #6b Greenwich, CT 06830 <u>HAND DELIVERY FEDEX</u>**

**Huntington Bank Attn: Bankruptcy Po Box 89424 Cleveland, OH 44101**
via email:  bankruptcy@huntington.com

**John Lapiana, Lapiana Chiropractic 637 Washington Road Pittsburgh, PA 15228**
via email:  lapianachiropractic@gmail.com

**KCA Demolotion 316 Grant Avenue Duquesne, PA 15110 <u>HAND DELIVERY FEDEX</u>**

**Kevin Soles 6008 Kingdom Court Murrysville, PA 15668 via email:  kwslending1@aol.com**

**Kirk Hamilton 12540 Vittoria Way Fort Myers, FL 33912 <u>HAND DELIVERY FEDEX</u>**

**M2 Lease Funds 175 N. Patrick Blvd., Suite 1 Brookfield, WI 53045**
via email:  quote@m2equipmentfinance.com

**Motorists Mutual Insurance 471 East Broad Street Columbus, OH 43215-5000**
via email:  cm@encova.com and steve.popelsky@encova.com

**North Mill Credit 50 Washington Street Norwalk, CT 06854 via email: nreighn@nmef.com**

**North Mill Credit Trust 81 Throckmorton Avenue, Suite 203 Mill Valley, CA 94941
via email: nreighn@nmef.com**

**Rapid Advance 4500 East West Highway Bethesda, MD 20814
via email:  customerservice@rapidfinance.com**

**Richard Rossi 3111 Annandale Drive Presto, PA 15142 via email: rrossi3@msn.com**

**Roger Gellis 14907 Diane Manor Ln. Humble, TX 77396 <u>HAND DELIVERY FEDEX</u>**

**Steubenville Truck Center 620 South Street P.O. Box 1741 Steubenville, OH 43952
via email:  shane.wellington@fleetpride.com**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the address specified below on **October 31, 2022**.

The types of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: <u>Email, Fax, or Hand delivery</u> as indicated below.

**Brickstreet Insurance Co., 400 Quarried St, Charleston, WV 25301 via fax:** *(304) 941-1294*

**Triumph Bank 701 Canyon Drive, Suite 10 Coppell, TX 75019 via fax:**  *(563) 823-1796*

**US Premium Finance 280 Technology Parkway, 200 Norcross, GA 30092
via fax:**  *(866) 246-9692*

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the address specified below on **November 1, 2022**.

The types of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: <u>Email, Fax, or Hand delivery</u> as indicated below.

**Legacy Logistics 535 North State St. Attn: Mike Richardson Clairton, PA 15025
<u>HAND DELIVERY FEDEX</u>**

Dated:  November 1, 2022              Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Ronald B. Roteman*
　　　　　　　　　　　　　　　　　　　Ronald B. Roteman, Esquire
　　　　　　　　　　　　　　　　　　　PA ID No. 66809
　　　　　　　　　　　　　　　　　　　STONECIPHER LAW FIRM
　　　　　　　　　　　　　　　　　　　125 First Avenue
　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15222
　　　　　　　　　　　　　　　　　　　Telephone:  (412) 391-8510
　　　　　　　　　　　　　　　　　　　Facsimile:  (412) 391-8522