**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **) Case No.** 22-20324-GLT |
| David A. Golupski and | **)** |
| Maureen Y. Golupski, | **) Chapter** 11 (Subchapter V) |
| **Debtors,** | **)** |
| David A. Golupski and | **) Related Document No.** 97 |
| Maureen Y. Golupski, | **) Hearing Date:** 08/25/22 @ 10:30 a.m. |
| **Movants,** | **) Responses Due:** 08/15/22 |
| **v.** | **)** |
| No Respondent. | **) Document No.** |

**ORDER APPROVING RETENTION OF BROKER**

      **AND NOW** upon consideration of the ***Debtor's request to Re-Employ James R. Higgins and SWFL Real Estate Experts,*** it is **ORDERED**, **ADJUDGED** and **DECREED** as follows:

      1.    A request to re-employ James R. Higgins and SWFL Real Estate Experts, was made on October 27, 2022 at a scheduled hearing on this case.

      2.    That request is hereby approved because the original request to employ James R. Higgins and SWFL Real Estate Experts*,* was sent out to all parties, and no one objected to the original request.

      2. ***James R. Higgins and SWFL Real Estate Experts, 7910 Summerlin Lakes Drive, Fort Myers, FL 33907*** is hereby appointed as ***Brokers*** for Debtors in this bankruptcy proceeding. They are authorized to enter into a new  Listing Agreement for the purpose of acting as the Debtors' agent in connection with the sale of real estate located at 8205 Woodridge Pointe Drive, Fort Myers, Florida 33912. A broker's commission in the amount of ***5%*** on the sale price is tentatively approved, subject to a final court order. This listing agreement and the Sale will be subject to Bankruptcy Court Rules and Procedures.

      3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

4. The approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on the application of the above criteria.

5. ***Applicant shall serve the within Order on all interested parties and file a certificate of service.***

_____
Chief Judge Gregory L. Taddonio
United States Bankruptcy Judge


cc:    Debtor(s)
        Counsel
        Realtor/Broker
        Subchapter V Trustee
        Office of the U.S. Trustee