11/2/22 2:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSLYVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 22-20324-GLT |
| David A. Golupski, and | ) |
| Maureen Y. Golupski, | ) **Chapter** 11 (Subchapter V) |
| **Debtors,** | ) |
| Thomas J. Lewis and Georgette A. Lewis, | ) **Related to Doc. No.** 162 and 165 |
| | ) |
| **Movants,** | ) **Hearing Date:** 11/03/22 @ 11:00 a.m. |
| v. | ) |
| David A. Golupski and Maureen Y. Golupski; PNC Bank, NA; Newtek Small Business Finance LLC; The Office of the Lee County Tax Collector; and Fla Dep't of Revenue, | ) **Response Due:** 11/02/22 by 4:00 p.m. |
| **Respondents.** | ) **Document No.** |

### ORDER TERMINATING CHAPTER 11 SALE OF PROPERTY AND RESERVATION OF RIGHTS

**AND NOW**, this 2nd day of November, 2022, on consideration of the ***Motion Seeking Clarification of, or Relief From, Court Order and Authorization to Pursue Rights and Remedies in Accordance with All Contractual Terms*** (the "Motion") filed by Thomas J. Lewis and Georgette Lewis, and colloquy with their legal counsel and Debtors' legal counsel, the Court hereby finds that the Lewises and the Debtors have agreed to terminate the sale that this Court approved by Court Order entered on September 9, 2022 (Doc. #124), and that the sole remaining dispute between the Lewises and the Debtors shall be limited to whether the Lewises are entitled to the return of their $10,000 deposit or whether the Debtors are entitled to retain it as liquidated damages as a result of the termination of the Contract. Accordingly, it hereby

**ORDERED, ADJUDGED, AND DECREED**, that the Contract (as defined in the Motion) shall be and hereby is terminated; and it is further

**ORDERED, ADJUDGED, AND DECREED** that the sole remaining issue to be decided by this Court is whether the Lewises are entitled to the return of their $10,000 deposit (the "Hand Money") or whether the Debtors are entitled to retain it as liquidated damages as a result of the termination of the Contract. This order is without prejudice to either party as to the Hand Money in connection with this sale. Each party reserves their rights to retain the Hand Money and/ or their defenses as to the forfeit the Hand Money; and it is further

**ORDERED, ADJUDGED, AND DECREED** that this Court shall schedule an evidentiary hearing to resolve the aforementioned sole remaining issue.

*IT IS FURTHER ORDERED that Hearing on the Expedited Motion Seeking Clarification of the Sale Order (Doc #147), scheduled for November 3, 2022 at 11:00 am is cancelled.*

This Order survives any dismissal or conversion of the within case.

By the Court,

Dated: 11/2/22

_____
Chief Judge Gregory L. Taddonio
United States Bankruptcy Judge

**CONSENTED TO:**

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA I.D. #27538**
dcalaiaro@c-vlaw.com
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA 15222-3708**
*(412) 232-0930*

*Counsel for Debtors/Respondents*

**BY:** /s/ Ronald B. Roteman
**Ronald B. Roteman, Esquire**
**PA I.D. #66809**
[rroteman@stonecipherlaw.com](mailto:rroteman@stonecipherlaw.com)
**STONECHIPHER LAW FIRM**
**125 First Avenue**
**Pittsburgh, PA  15222**
**(412) 391-8510**

*Counsel for Movants*

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20324-GLT |
| David A. Golupski | Chapter 11 |
| Maureen Y. Golupski | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 02, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + David A. Golupski, Maureen Y. Golupski, 5101 Carnoustie Drive, Presto, PA 15142-1507 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Beverly Weiss Manne | on behalf of Creditor Advance Business Capital  LLC dba Triumph Business Capital bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| Courtney Helbling | on behalf of Creditor Advance Business Capital  LLC dba Triumph Business Capital chelbling@tuckerlaw.com |
| Donald R. Calaiaro | on behalf of Joint Debtor Maureen Y. Golupski dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com |
| Donald R. Calaiaro | |

Case 22-20324-GLT    Doc 172    Filed 11/04/22    Entered 11/05/22 00:25:19    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 02, 2022 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Plaintiff David A. Golupski dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com |
| Donald R. Calaiaro | |
| | on behalf of Plaintiff Maureen Y. Golupski dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com |
| Donald R. Calaiaro | |
| | on behalf of Debtor David A. Golupski dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com |
| James S. Fellin | |
| | jfellin@nottinghamgroup.com |
| James S. Fellin | |
| | on behalf of Trustee James S. Fellin jfellin@nottinghamgroup.com |
| Jeffrey Hunt | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor Chartiers Valley School District jhunt@grblaw.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jill Locnikar | |
| | on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Jodi Hause | |
| | on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV |
| John J. Winter | |
| | on behalf of Creditor Newtek Small Business Finance  LLC jwinter@chartwelllaw.com |
| John J. Winter | |
| | on behalf of Defendant Newtek Small Business Finance  LLC jwinter@chartwelllaw.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronald B. Roteman | |
| | on behalf of Interested Party Thomas J. Lewis rroteman@stonecipherlaw.com jdearment@stonecipherlaw.com |
| Ronald B. Roteman | |
| | on behalf of Interested Party Georgette A. Lewis rroteman@stonecipherlaw.com jdearment@stonecipherlaw.com |
| Ryan J Cooney | |
| | on behalf of Interested Party James Higgins rcooney@cooneylawyers.com |
| Ryan J Cooney | |
| | on behalf of Interested Party SWFL Real Estate Experts rcooney@cooneylawyers.com |

TOTAL: 22