# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 22-20324-GLT |
| David A. Golupski and | ) |
| Maureen Y. Golupski, | ) **Chapter** 11 (Subchapter V) |
| **Debtors,** | ) |
| David A. Golupski and | ) **Related Document No.** 148-149 |
| Maureen Y. Golupski, | ) |
| **Movants,** | ) **Hearing Date:** 11/22/22 @ 10:30 a.m. |
| vs. | ) **Response Due:** 11/14/22 |
| Newtek Small Business Finance, LLC, | ) |
| **Respondent.** | ) **Document No.** |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION FOR AN ORDER APPROVING THE SETTLEMENT AGREEMENT BETWEEN THE BANKRUPTCY ESTATE OF DAVID GOLUPSKI AND NEWTEK SMALL BUSINESS FINANCE, LLC PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE
## – Document No. 148

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion for an Order Approving the Settlement Agreement Between the Bankruptcy Estate of David Golupski and Newtek Small Business Finance, LLC Pursuant to Federal Rule of Bankruptcy Procedure** filed on **October 27, 2022**, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion for an Order Approving the Settlement Agreement Between the Bankruptcy Estate of David Golupski and Newtek Small Business Finance, LLC Pursuant to Federal Rule of Bankruptcy Procedure** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion for an Order Approving the Settlement Agreement Between the Bankruptcy Estate of David Golupski and Newtek Small Business Finance, LLC Pursuant to Federal Rule of Bankruptcy Procedure** were to be filed and served no later than **November 14, 2022.**

It is hereby respectfully requested that the Order attached to the **Motion for an Order Approving the Settlement Agreement Between the Bankruptcy Estate of David Golupski and Newtek Small Business Finance, LLC Pursuant to Federal Rule of Bankruptcy Procedure** be entered by the Court.

**Dated:** November 15, 2022                              /s/ Donald R. Calaiaro
                                                                                      **Donald R. Calaiaro, Esquire**
                                                                                      **PA I.D. #27538**
                                                                                      dcalaiaro@c-vlaw.com

**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**