# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No.: 22-20324-GLT |
| DAVID A. GOLUPSKI AND MAUREEN Y. GOLUPSKI, | Chapter 11 |
| Debtors. | Document No. _____ |
| ------------------------------------------------------------- | Related to Document(s) No. 179 and No. 180 |
| THOMAS J. LEWIS AND GEORGETTE A. LEWIS, | |
| Movants, | |
| | Hearing Date & Time: |
| -vs- | December 8, 2022   at 10:00 a.m. |
| DAVID A. GOLUPSKI AND MAUREEN Y. GOLUPSKI; PNC BANK, NA; NEWTEK SMALL BUSINESS FINANCE, LLC; THE OFFICE OF THE LEE COUNTY TAX COLLECTOR; AND FLA DEP'T OF REVENUE, | |
| Respondents. | |

## CERTIFICATION OF NO OBJECTION REGARDING
## JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT (Document No. 179)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Joint Motion to Approve Settlement Agreement filed on November 10, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Joint Motion to Approve Settlement Agreement appears thereon. Pursuant to the Notice of Motion, Response Deadline and Hearing Date, objections to the Joint Motion to Approve Settlement Agreement

were to be filed and served no later than November 28, 2022.

Dated:  November 29, 2022         Respectfully submitted,

                                             */s/ Ronald B. Roteman*
                                             Ronald B. Roteman, Esquire
                                             PA ID No. 66809
                                             STONECIPHER LAW FIRM
                                             125 First Avenue
                                             Pittsburgh, PA 15222
                                             Telephone:  (412) 391-8510
                                             Facsimile:  (412) 391-8522