**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
11/30/22 5:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE: )
)
DAVID A. GOLUPSKI AND MAUREEN ) Case No. 22-20324-GLT
Y. GOLUPSKI, )
)
Debtors. )
)
_____ )
)
THOMAS J. LEWIS AND GEORGETTE ) Chapter 11
A. LEWIS, )
)
Movants, )
)
v. )
) Document No._____
-DAVID A. GOLUPSKI AND MAUREEN )
Y. GOLUPSKI; PNC BANK, NA; ) Related to Doc No. __179__
NEWTEK SMALL BUSINESS FINANCE, )
LLC; THE OFFICE OF THE LEE )
COUNTY TAX COLLECTOR; AND FLA )
DEP'T OF REVENUE, )
)
Respondents. )

_____

**ORDER OF COURT**

AND NOW, this __30th__ day of ____November____ , 2022 upon due consideration of the

*Joint Motion To Approve Settlement Agreement* (the "Motion"), it is hereby

**ORDERED, ADJUDGED, and DECREED** that the Motion shall be, and hereby is,

granted in its entirety, it is further

**ORDERED, ADJUDGED, and DECREED** that the Settlement Agreement attached to

the Motion as Exhibit A shall be, and hereby is, approved in its entirety.

The trial scheduled for February 17, 2023 is CANCELLED.

Dated __November 30, 2022__

_____
Hon. Gregory L. Taddonio, Chief Judge
United States Bankruptcy Judge

DEFAULT ENTRY

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                          Case No. 22-20324-GLT

David A. Golupski                             Chapter 11

Maureen Y. Golupski

         Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 01, 2022 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**          **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David A. Golupski, Maureen Y. Golupski, 5101 Carnoustie Drive, Presto, PA 15142-1507 |
| intp | + | Georgette A. Lewis, 8351 Langshire Way, Fort Myers, FL 33912-0965 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Thomas J. Lewis, 8351 Langshire Way, FORT MYERS |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2022                        Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Beverly Weiss Manne | |
| | on behalf of Creditor Advance Business Capital  LLC dba Triumph Business Capital bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Brian Nicholas | |
| | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| Courtney Helbling | |
| | on behalf of Creditor Advance Business Capital  LLC dba Triumph Business Capital chelbling@tuckerlaw.com |

District/off: 0315-2                                     User: auto                                              Page 2 of 2

Date Rcvd: Dec 01, 2022                              Form ID: pdf900                                    Total Noticed: 2

Donald R. Calaiaro
    on behalf of Joint Debtor Maureen Y. Golupski dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.c
om;eballa@c-vlaw.com

Donald R. Calaiaro
    on behalf of Plaintiff David A. Golupski dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.c
om;eballa@c-vlaw.com

Donald R. Calaiaro
    on behalf of Plaintiff Maureen Y. Golupski dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.c
om;eballa@c-vlaw.com

Donald R. Calaiaro
    on behalf of Debtor David A. Golupski dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.c
om;eballa@c-vlaw.com

James S. Fellin
    jfellin@nottinghamgroup.com

James S. Fellin
    on behalf of Trustee James S. Fellin jfellin@nottinghamgroup.com

Jeffrey Hunt
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Chartiers Valley School District jhunt@grblaw.com

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov,
patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jodi Hause
    on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov
David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

John J. Winter
    on behalf of Creditor Newtek Small Business Finance  LLC jwinter@chartwelllaw.com

John J. Winter
    on behalf of Defendant Newtek Small Business Finance  LLC jwinter@chartwelllaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronald B. Roteman
    on behalf of Interested Party Thomas J. Lewis rroteman@stonecipherlaw.com  jdearment@stonecipherlaw.com

Ronald B. Roteman
    on behalf of Interested Party Georgette A. Lewis rroteman@stonecipherlaw.com  jdearment@stonecipherlaw.com

Ryan J Cooney
    on behalf of Interested Party James Higgins rcooney@cooneylawyers.com

Ryan J Cooney
    on behalf of Interested Party SWFL Real Estate Experts rcooney@cooneylawyers.com


TOTAL: 22