# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Bankruptcy Case No. 22-20324-GLT |
| ) | |
| DAVID A. GOLUPSKI and ) | |
| MAUREEN Y. GOLUPSKI, ) | Chapter 11 |
| ) | |
| Debtor. ) | Doc. No. _____ |
| ) | |
| ) | Related to Doc. 211 and 212 |
| James S. Fellin, CPA, CFE, ) | |
| ) | |
| Movant, ) | |
| v. ) | |
| ) | |
| No Respondent. ) | |

## CERTIFICATE OF SERVICE OF NOTICE AND SCHEDULING ORDER AND FINAL APPLICATION FOR COMPENSATION OF SUBCHAPTER V TRUSTEE JAMES S. FELLIN, CPA, CFE

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on January 16, 2023.

The types of service made on the parties was electronic notification via the PACER/ECF system.

Date of Service: January 24, 2023

James S. Fellin, CPA, CFE
Applicant

/s/ James S. Fellin, CPA, CFE
Subchapter V Trustee

One Gateway Center, Suite 700
420 Ft. Duquesne Blvd.
Pittsburgh, PA 16127

## Service by NEF

Donald R. Calaiaro on behalf of Debtor David A. Golupski
dcalaiaro@c-vlaw.com, kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com

Donald R. Calaiaro on behalf of Joint Debtor Maureen Y. Golupski
dcalaiaro@c-vlaw.com, kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com

Donald R. Calaiaro on behalf of Plaintiff David A. Golupski
dcalaiaro@c-vlaw.com, kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com

Donald R. Calaiaro on behalf of Plaintiff Maureen Y. Golupski
dcalaiaro@c-vlaw.com, kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com

Ryan J Cooney on behalf of Interested Party SWFL Real Estate Experts
rcooney@cooneylawyers.com

Ryan J Cooney on behalf of Interested Party James Higgins
rcooney@cooneylawyers.com

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Jodi Hause on behalf of U.S. Trustee Office of the United States Trustee
jodi.hause@usdoj.gov, David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Courtney Helbling on behalf of Creditor Advance Business Capital, LLC dba Triumph Business Capital
chelbling@tuckerlaw.com

Jeffrey Hunt on behalf of Creditor Peoples Natural Gas Company LLC
ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Jeffrey R. Hunt on behalf of Creditor Chartiers Valley School District
jhunt@grblaw.com

Jeffrey R. Hunt on behalf of Creditor County of Allegheny

jhunt@grblaw.com

Jill Locnikar on behalf of Creditor United States of America Department of the Treasury, Internal Revenue Service
jill.locnikar@usdoj.gov,
patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Beverly Weiss Manne on behalf of Creditor Advance Business Capital, LLC dba Triumph Business Capital
bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com

Brian Nicholas on behalf of Creditor PNC Bank, National Association
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronald B. Roteman on behalf of Interested Party Georgette A. Lewis
rroteman@stonecipherlaw.com, jdearment@stonecipherlaw.com

Ronald B. Roteman on behalf of Interested Party Thomas J. Lewis
rroteman@stonecipherlaw.com, jdearment@stonecipherlaw.com

John J. Winter on behalf of Creditor Newtek Small Business Finance, LLC
jwinter@chartwelllaw.com

John J. Winter on behalf of Defendant Newtek Small Business Finance, LLC
jwinter@chartwelllaw.com