**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | Bankruptcy Case No. 22-20324-GLT |
| ) | |
| DAVID A. GOLUPSKI and ) | |
| MAUREEN Y. GOLUPSKI, ) | |
| ) | |
| Debtor. ) | Doc. No. _____ |
| ) | |
| ) | Related to Doc. 211 |
| James S. Fellin, CPA, CFE, ) | |
| ) | HEARING DATE & TIME |
| Movant, ) | March 2, 2023 at 10:00 a.m. |
| v. ) | |
| ) | RESPONSE DATE |
| No Respondent. ) | February 14, 2023 |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION OF SUBCHAPTER V TRUSTEE JAMES S. FELLIN, CPA, CFE FOR FINAL APPLICATION FOR COMPENSATION**

The undersigned certifies that as of the date hereof, no answer, objection or other responsive pleading of any kind has been received to the Motion of Subchapter V Trustee James S. Fellin, CPA, CFE for Final Application for Compensation ("Motion") filed on January 24, 2023 at document number 211. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading of any kind to the Motion appears thereon. Responses to the Motion were to be filed no later than February 14, 2023.

Thus, it is respectfully requested that the Order attached to the Subchapter V Trustee's Motion be entered by the Court.

-2-

                                        Respectfully submitted,

                                        James S. Fellin, CPA, CFE
                                        SUBCHAPTER V TRUSTEE

Dated: February 15, 2023            By: /s/ James S. Fellin, CPA, CFE
                                        Subchapter V Trustee

                                        One Gateway Center, Suite 700
                                        420 Ft. Duquesne Blvd.
                                        Pittsburgh, PA 16127