**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) Bankruptcy Case No. 22-20324-GLT |
| David A. Golupski and | ) |
| Maureen Y. Golupski, | ) **Chapter** 11 (Subchapter V) |
| **Debtors,** | ) |
| David A. Golupski and | ) **Related Document No.** 228 |
| Maureen Y. Golupski, | ) **Hearing Date:** April 13, 2023 @ 10:30 a.m. |
| **Movants,** | ) **Response Due:** March 29, 2023 |
| v. | ) |
| Cozza Enterprises LLC, | ) |
| **Respondent.** | ) **Document No.** 229 |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF David A. Golupski and Maureen Y. Golupski FOR Debtors' Objection to Claim of Cozza Enterprises LLC (Proof of Claim No. 57)**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **March 29, 2023** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

An in-person hearing will be held on **April 13, 2023, at 10:30 a.m.** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than **4 p.m. on the business day** prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf).

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

**Dated:** February 27, 2023                **BY:** /s/ Donald R. Calaiaro
                                            **Donald R. Calaiaro, Esquire**
                                            **PA I.D. No. 27538**
                                            **dcalaiaro@c-vlaw.com**
                                            **CALAIARO VALENCIK**
                                            **938 Penn Avenue, Suite 501**
                                            **Pittsburgh, PA  15222-3708**
                                            **(412) 232-0930**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) Bankruptcy Case No. 22-20324-GLT |
| David A. Golupski and | ) |
| Maureen Y. Golupski, | ) **Chapter** 11 (Subchapter V) |
| **Debtors,** | ) |
| David A. Golupski and | ) Related Document No. 228 |
| Maureen Y. Golupski, | ) Hearing Date: April 13, 2023 @ 10:30 a.m. |
| **Movants,** | ) Response Due: March 29, 2023 |
| v. | ) |
| Cozza Enterprises LLC, | ) |
| **Respondent.** | ) Document No. 229 |

## CERTIFICATE OF SERVICE OF Notice of Hearing and
## Debtors' Objection to Claim of Cozza Enterprises LLC (Proof of Claim No. 57)

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on February 27, 2023.

Cozza Enterprises, LLC, 295 Myoma Road, Mars, PA

The Chiurazzi Law Group, 101 Smithfield Street, Pittsburgh, PA 15222

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:** February 27, 2023

/s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA I.D. No. 27538**
dcalaiaro@c-vlaw.com
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**