US BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

BANKRUPTCY PETITION # 22-20324-GLT

DEAR SIRS:

    OVERSIZE LOAD INC,
    413 MILLER ROAD
    CLAIRTON PA 15025-3912
    PRESIDENT: RICHARD WILLIAM WILSON
    PHONE 412 980 9345
    DOC 224 FILED 2/27/2023 CREDITOR 4,117

**FILED**
2023 MAR -7 A 10:13
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

DEBTORS DAVID A GOLUPSKI & MAUREEN Y. GOLUPSKI BELIEVE THEY DO NOT OWE $8,501.47 TO OVERSIZE LOAD INC.

    I OBJECT TO THE DISMISSAL OF DEBT. I DID FILE A PROOF OF CLAIM 6/20/2020 FOR CASE NUMBER 18-22478 CLAIM 54 WICH IS THE SAME DEBT.

*Richard William Wilson*

MAR. 07, 2023