U.S. BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

BANKRUPTCY PETITION #22-20324-GLT

DEAR SIRS:

A COPY OF THIS OBJECTION TO DISMISSAL OF DEBT WAS MAILED TO MOVANTS DONALD R. CALAIARO & DAVID Z. VALENCIK ON MAR. 07 2023.

RICHARD WILLIAM WILSON

*Richard William Wilson*

PRESIDENT
OVERSIZE LOAD INC.
413 MILLER ROAD
CLAIRTON, PA. 15025-3912

RECEIVED
MAR 14 2023
CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLANIA

US BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

BANKRUPTCY PETITION # 22-20324-GLT

DEAR SIRS:

OVERSIZE LOAD INC.
413 MILLER ROAD
CLAIRTON PA 15025-3912
PRESIDENT: RICHARD WILLIAM WILSON
PHONE 412 980 9345
DOC 224 FILED 2/27/2023 CREDITOR 4.117

FILED 2023 MAR -7 A 10:13 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

DEBTORS DAVID A GOLUPSKI & MAUREEN-Y. GOLUPSKI BELIEVE THEY DO NOT OWE $8,501.47 TO OVERSIZE LOAD INC.

I OBJECT TO THE DISMISSAL OF DEBT. I DID FILE A PROOF OF CLAIM 6/20/2020 FOR CASE NUMBER 18-22478 CLAIM 54 WICH IS THE SAME DEBT.

*Richard William Wilson*

MAR. 07, 2023



OVERSIZE LOAD INC

Richard W Wilson
413 Miller Rd
Clairton PA 15025-3912

CASE # 22-20324-GLT

US BANKRUPTCY COURT
SUITE 5414 U.S. STEEL TOWER
600 GRANT STREET
PITTSBURGH, PA. 15219