IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CASE NAME: DAVID A. GOLUPSKI AND MAUREEN Y. GOLUPSKI

CASE NUMBER: 22-20324-GLT

RELATED TO DOCUMENT NO: 234

DEAR SIRS:

DEBTORS DAVID A. GOLUPSKI AND MAUREEN Y. GOLUPSKI BELIEVE THEY DO NOT OWE $8,501.47 TO OVERSIZE LOAD INC.

I OBJECT TO THE DISCHARGE OF THIS DEBT.

I DID FILE A PROOF OF CLAIM 6/20/2020 FOR CASE NUMBER 18-22478 CLAIM 54 WICH IS THE SAME DEBT.

DATED THIS 11TH OF MARCH 2023

*Richard William Wilson*
RICHARD WILLIAM WILSON
PRESIDENT
OVERSIZE LOAD INC.
413 MILLER ROAD
CLAIRTON, PA. 15025-3912
PHONE 412 980 9345
DOC 224 FILED 2/27/2023
CREDITOR 4,117

RECEIVED
MAR 15 2023
CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLVANIA

Form 106-C



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CASE NAME: David A. Golupski and Maureen Y. Golupski

CASE NUMBER: 22-20324-GLT

RELATED TO DOCUMENT NO: 234

## NOTICE REGARDING
## NONCONFORMING DOCUMENT

The Response to Omnibus Objection to Claim that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

The Response to Omnibus Objection to Claim shall be refiled with a corrected case caption, in compliance with Western PA Local Bankruptcy Rule 9004-1. In addition, the printed name of the filing party, mailing address and telephone number must be added below the signature of the filing party, in compliance with LR 5005 (6) b.

You must file a revised Response to Omnibus Objection to Claim within seven (7) days of the date of this notice.

This deadline does not affect any other deadlines in this bankruptcy case.

**Please attach a copy of this Notice to the front of the revised Response to Omnibus Objection to Claim that is filed in response to this Notice.**

Dated this The 7th of March, 2023

Michael R. Rhodes
Clerk
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

003438    16708003441015

OVERSIZE LOAD INC,

Richard W Wilson
413 Miller Rd
Clairton PA 15025-3912

PITTSBURGH PA 150
13 MAR 2023 PM 2 L

ATTN: MICHAEL R. RHODES

U.S. BANKRUPTCY COURT
5414 U.S. STEEL TOWER
600 GRANT STREET
PITTSBURGH, PA. 15219

15219-280564