**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 22-20324-GLT |
| David A. Golupski and | ) **Chapter** 11 (Subchapter V) |
| Maureen Y. Golupski, | ) |
|     **Debtors,** | ) **Related Document No.** 220-221 |
| Calaiaro Valencik, | ) **Hearing Date:** 04/13/23 @ 10:30 a.m. |
|     **Movant,** | ) **Response Due:** 03/16/23 |
|     vs. | ) |
| No Respondent. | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING
INTERIM FEES AND EXPENSES APPLICATION FILED ON BEHALF OF
CALAIARO VALENCIK – Document No. 220**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Interim Fees and Expenses Application Filed on Behalf of Calaiaro Valencik** filed on **February 27, 2023**, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Interim Fees and Expenses Application Filed on Behalf of Calaiaro Valencik** appears thereon. Pursuant to the Notice of Hearing, objections to the **Interim Fees and Expenses Application Filed on Behalf of Calaiaro Valencik** were to be filed and served no later than **March 16, 2023.**

It is hereby respectfully requested that the Order attached to the **Interim Fees and Expenses Application Filed on Behalf of Calaiaro Valencik** be entered by the Court.

**Dated:** March 17, 2023

/s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire
PA I.D. #27538
dcalaiaro@c-vlaw.com
CALAIARO VALENCIK
938 Penn Avenue, Suite 501
Pittsburgh, PA  15222-3708
(412) 232-0930**