## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 22-20324-GLT |
| David A. Golupski and | ) |
| Maureen Y. Golupski, | ) **Chapter** 11 (Subchapter V) |
|       **Debtors,** | ) |
| David A. Golupski and | ) |
| Maureen Y. Golupski, | ) **Related Document No.** 238-239 |
|       **Movants,** | ) |
|       vs. | ) **Hearing Date:** 04/13/23 @ 10:30 a.m. |
| PNC Bank, National Association; | ) |
| Newtek Small Business Finance, LLC; | ) **Response Due:** 03/27/23 |
| The Office of the Lee County Tax Collector; | ) |
| Florida Department of Revenue, | ) |
|       **Respondents.** | ) **Document No.** |

### CERTIFICATION OF NO OBJECTION REGARDING
### MOTION FOR AN ORDER APPROVING THE SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES PURSUANT TO SECTIONS 363(b) AND 363(f)
### – Document No. 238

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion for an Order Approving the Sale of Real Property Free and Clear of Liens, Claims, and Encumbrances Pursuant to Section 363(b) and 363(f)** filed on **March 10, 2023**, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion for an Order Approving the Sale of Real Property Free and Clear of Liens, Claims, and Encumbrances Pursuant to Section 363(b) and 363(f)** filed on **March 10, 2023** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion for an Order Approving the Sale of Real Property Free and Clear of Liens, Claims, and Encumbrances Pursuant to Section 363(b) and 363(f)** filed on **March 10, 2023** were to be filed and served no later than **March 27, 2023.**

It is hereby respectfully requested that the Order attached to the **Motion for an Order Approving the Sale of Real Property Free and Clear of Liens, Claims, and Encumbrances Pursuant to Section 363(b) and 363(f)** filed on **March 10, 2023** be entered by the Court.

**Dated:** March 28, 2023                          /s/ Donald R. Calaiaro
                                                                              **Donald R. Calaiaro, Esquire**
                                                                              **PA I.D. #27538**
                                                                              dcalaiaro@c-vlaw.com

**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**