IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID A. GOLUPSKI, and MAUREEN GOLUPSKI, <br>　　　　Debtors, | Bankruptcy No. 22-20324-GLT <br><br> Chapter 11 |

## NOTICE OF ENTRY OF APPEARANCE ON COZZA ENTERPRISES, LLC

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly enter my appearance on behalf of Creditor, Cozza Enterprises, LLC, in the above-captioned matter, and add my name to the mailing matrix to receive notices of all matters in this case.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　BERNSTEIN-BURKLEY, P.C.

　　　　　　　　　　　　　　　　　　　BY:/s/*Keri P. Ebeck*
　　　　　　　　　　　　　　　　　　　Keri P. Ebeck (PA ID. No. 91298)
　　　　　　　　　　　　　　　　　　　601 Grant Street, 9th Floor
　　　　　　　　　　　　　　　　　　　Pittsburgh, PA  15219-1900
　　　　　　　　　　　　　　　　　　　(412) 456-8112 -- telephone
　　　　　　　　　　　　　　　　　　　(412) 456-8135
　　　　　　　　　　　　　　　　　　　e-mail:  kebeck@bernsteinlaw.com

　　　　　　　　　　　　　　　　　　　*Attorney for Cozza Enterprises, LLC*

Dated: March 29, 2023