**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** ) | **Case No.** 22-20324-GLT |
| David A. Golupski and ) | |
| Maureen Y. Golupski, ) | **Chapter** 11 (Subchapter V) |
|     **Debtors,** ) | |
| David A. Golupski and ) | **Hearing Date:** 04/13/23 @ 10:30 a.m. |
| Maureen Y. Golupski, ) | |
|     **Movants,** ) | **Response Due:** 03/29/23 |
| v. ) | |
| Advanced Auto; ) | |
| AK Pennington Truck LLC; ) | |
| All of Us Trucking; ) | |
| Ansel Tire; ) | |
| Bailey Machine; ) | |
| Beemac Trucking; ) | |
| Bensinger Dupont; ) | |
| Best Line Equipment; ) | |
| Big Daddy Trucking; ) | |
| Big Lulu's Trucking; ) | |
| Brickstreet Insurance Co.; ) | |
| CD Towing and Recovery Inc.; ) | |
| Cintas; ) | |
| Citibank; ) | |
| Clifford Brothers Trucking; ) | |
| Computer House Call; ) | |
| D.W. Transfer; ) | |
| DCDB Inc.; ) | |
| Dennis Truck and Equipment Sales; ) | |
| Dickie, McCamey & Chilcote; ) | |
| Dollar Bank; ) | |
| Dravosburg Truck Stop; ) | |
| DSC Acquisition LLC; ) | |
| Dunbar, Bender and Zapf; ) | |
| Ell Mak LLC; ) | |
| Feldstein, Grinberg, Lane & McKee P.C.;) | |
| First National Bank; ) | |
| Brian Fuleihan; ) | |
| Full Throttle; ) | |
| Fulton Bank; ) | |
| Global Pak; ) | |
| Goodyear Tire and Rubber Company; ) | |
| Green Capital Funding; ) | |
| Greens Road and Towing Service; ) | |
| Gutman Oil; ) | |

| | |
|---|---|
| George Haden, Sr.; | ) |
| Kirk Hamilton; | ) |
| Heavy Wrench LLC; | ) |
| Holzapfel Trucking Service LLC.; | ) |
| Hose Power; | ) |
| Hunter Truck Sales & Services; | ) |
| **Respondents.** | ) |

**CERTIFICATION OF NO OBJECTION REGARDING
DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS
AGAINST DISPUTED AND UNFILED CLAIMS (A-J)
– Document No. 222**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Debtor's First Omnibus Objection to Claims Against Disputed and Unfiled Claims (A-J)** filed on **February 27, 2022**, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Debtor's First Omnibus Objection to Claims Against Disputed and Unfiled Claims (A-J)** appears thereon. Pursuant to the Notice of Hearing, objections to the **Debtor's First Omnibus Objection to Claims Against Disputed and Unfiled Claims (A-J)** were to be filed and served no later than **March 29, 2022.**

It is hereby respectfully requested that the Order attached to the **Debtor's First Omnibus Objection to Claims Against Disputed and Unfiled Claims (A-J)** be entered by the Court.

**Dated:** March 30, 2022

/s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire
PA I.D. #27538
dcalaiaro@c-vlaw.com
CALAIARO VALENCIK
938 Penn Avenue, Suite 501
Pittsburgh, PA  15222-3708
(412) 232-0930**