## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 22-20324-GLT |
| David A. Golupski and | ) |
| Maureen Y. Golupski, | ) **Chapter** 11 (Subchapter V) |
| **Debtors,** | ) |
| David A. Golupski and | ) |
| Maureen Y. Golupski, | ) **Related Document No.** 226-227 |
| **Movants,** | ) |
| v. | ) **Hearing Date:** 04/13/23 @ 10:30 a.m. |
| Battle Born Field Services; | ) |
| Cintas First Aid; | ) **Response Due:** 03/29/23 |
| Columbia Gas; | ) |
| Gellis; Roger; | ) **Document No.** |
| Iron Horse Transportation LLC; | ) |
| JF Brown Trucking; | ) |
| KBK Trucking; | ) |
| Lee Mendlowitz Trucking LLC; | ) |
| Legacy Logistics; | ) |
| LMJ Denson Trucking; | ) |
| Mobile Mini; | ) |
| MTDJ Transportation LLC; | ) |
| Brian and Carol Swank; | ) |
| WM Trucking; | ) |
| **Respondents** | ) |

### CERTIFICATION OF NO OBJECTION REGARDING
### DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS
### AGAINST DISPUTED AND UNFILED CLAIMS – Document No. 226

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Debtors' Third Omnibus Objection to Claims Against Disputed and Unfiled Claims** filed on **February 27, 2022**, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Debtors' Third Omnibus Objection to Claims Against Disputed and Unfiled Claims** appears thereon. Pursuant to the Notice of Hearing, objections to the **Debtors' Third Omnibus Objection to Claims Against Disputed and Unfiled Claims** were to be filed and served no later than **March 29, 2022.**

It is hereby respectfully requested that the Order attached to the **Debtors' Third Omnibus Objection to Claims Against Disputed and Unfiled Claims** be entered by the Court.

**Dated:** March 30, 2022                                                  /s/ Donald R. Calaiaro

**Donald R. Calaiaro, Esquire**
**PA I.D. #27538**
**dcalaiaro@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**