**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 22-20324-GLT |
| David A. Golupski and | ) |
| Maureen Y. Golupski, | ) **Chapter** 11 (Subchapter V) |
| **Debtors,** | ) |
| David A. Golupski and | ) **Related Document No.** 232-233 |
| Maureen Y. Golupski, | ) **Hearing Date:** April 13, 2023 @ 10:30 a.m. |
| **Movants,** | ) **Response Due:** March 29, 2023 |
| v. | ) |
| Robert Lucas, | ) |
| **Respondent.** | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING
DEBTORS' OBJECTION TO CLAIM OF
ROBERT LUCAS (PROOF OF CLAIM NO. 54) – Document No. 232**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Debtors' Objection to Claim of Robert Lucas (Proof of Claim No. 54)** filed on **February 27, 2022**, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Debtors' Objection to Claim of Robert Lucas (Proof of Claim No. 54)** appears thereon. Pursuant to the Notice of Hearing, objections to the **Debtors' Objection to Claim of Robert Lucas (Proof of Claim No. 54)** were to be filed and served no later than **March 29, 2022.**

It is hereby respectfully requested that the Order attached to the **Debtors' Objection to Claim of Robert Lucas (Proof of Claim No. 54)** be entered by the Court.

**Dated:** March 30, 2022

/s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire
PA I.D. #27538
dcalaiaro@c-vlaw.com
CALAIARO VALENCIK
938 Penn Avenue, Suite 501
Pittsburgh, PA  15222-3708
(412) 232-0930**