**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** ) | **Bankruptcy Case No.** 22-20324-GLT |
| David A. Golupski and ) | |
| Maureen Y. Golupski, ) | **Chapter** 11 (Subchapter V) |
| **Debtors,** ) | |
| ) | |
| David A. Golupski and ) | Related Dkt. No. 228 and 263 |
| Maureen Y. Golupski, ) | |
| **Movants,** ) | |
| v. ) | |
| Cozza Enterprises LLC, ) | |
| **Respondent.** ) | **Document No.** |

## ORDER OF COURT

**AND NOW** this ___6th___ day of _____April_____, 2023, upon consideration of the Debtors' Motion, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Motion is **GRANTED**. The hearing on *Debtors' Objection to Claim of Cozza Enterprises LLC (Proof of Claim No. 57)* (Doc. No. 228), and *Cozza Enterprises, LLC's Response to Debtor's Objections to Claim # 57-1* (Doc. No. 248) is hereby **CONTINUED** and **RESCHEDULED** to MAY 1, 2023 AT 10:00 A.M in Courtroom A 54th Floor U.S. Steel Tower, 600 Grant St., Pgh, PA. All parties may participate via Zoom Video Conference in compliance with Judge Taddonio's Procedures.

It is **FURTHER ORDERED** that any other hearings for any other pending Objections to Claims that are scheduled for April 13, 2023 at 10:30 a.m. will proceed as scheduled unless expressly ordered otherwise. **By the Court:**

Dated: 4/6/23

_____
**Chief Judge Gregory L. Taddonio
United States Bankruptcy Judge**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 22-20324-GLT
David A. Golupski  Chapter 11
Maureen Y. Golupski
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: Apr 06, 2023     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David A. Golupski, Maureen Y. Golupski, 5101 Carnoustie Drive, Presto, PA 15142-1507 |
| 15508519 | + | Cozza Enterprises, LLC, 295 Myoma Road, Mars, PA 16046-2115 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2023 at the address(es) listed below:

**Name**     **Email Address**

Andrew Kevin Pratt
    on behalf of Joint Debtor Maureen Y. Golupski apratt@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;akpratt.ecf@outlook.com

Andrew Kevin Pratt
    on behalf of Debtor David A. Golupski apratt@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;akpratt.ecf@outlook.com

Beverly Weiss Manne
    on behalf of Creditor Advance Business Capital  LLC dba Triumph Business Capital bmanne@tuckerlaw.com,
    bewmanne@aol.com,jrusnack@tuckerlaw.com

Brian Nicholas
    on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Apr 06, 2023 | Form ID: pdf900 | Total Noticed: 2 |

Courtney Helbling
    on behalf of Creditor Advance Business Capital LLC dba Triumph Business Capital chelbling@tuckerlaw.com

Donald R. Calaiaro
    on behalf of Debtor David A. Golupski dcalaiaro@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com

Donald R. Calaiaro
    on behalf of Joint Debtor Maureen Y. Golupski dcalaiaro@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com

Donald R. Calaiaro
    on behalf of Plaintiff David A. Golupski dcalaiaro@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com

Donald R. Calaiaro
    on behalf of Plaintiff Maureen Y. Golupski dcalaiaro@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com

Gary M. Sanderson
    on behalf of Creditor McGann & Chester LLC gms@muslaw.com muslawpitt@yahoo.com;aas@muslaw.com

James S. Fellin
    jfellin@nottinghamgroup.com

James S. Fellin
    on behalf of Trustee James S. Fellin jfellin@nottinghamgroup.com

Jeffrey Hunt
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Chartiers Valley School District jhunt@grblaw.com

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jodi Hause
    on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov
    David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

John J. Winter
    on behalf of Creditor Newtek Small Business Finance LLC jwinter@chartwelllaw.com

John J. Winter
    on behalf of Defendant Newtek Small Business Finance LLC jwinter@chartwelllaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Keri P. Ebeck
    on behalf of Creditor Cozza Enterprises LLC kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronald B. Roteman
    on behalf of Interested Party Thomas J. Lewis rroteman@stonecipherlaw.com jdearment@stonecipherlaw.com

Ronald B. Roteman
    on behalf of Interested Party Georgette A. Lewis rroteman@stonecipherlaw.com jdearment@stonecipherlaw.com

Ryan J Cooney
    on behalf of Interested Party James Higgins rcooney@cooneylawyers.com

Ryan J Cooney
    on behalf of Interested Party SWFL Real Estate Experts rcooney@cooneylawyers.com

TOTAL: 26