Case 22-20324-GLT    Doc 270    Filed 04/14/23    Entered 04/14/23 14:32:41    Desc Main
Document    Page 1 of 1

FILED
4/14/23 10:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 22-20324-GLT |
| | : | Chapter: 11 |
| David A. Golupski | : | |
| Maureen Y. Golupski | : | |
| | : | Date: 4/13/2023 |
| Debtor(s). | : | Time: 10:30 |

## PROCEEDING MEMO

**MATTER:** #224 Omnibus Objection to Claim of KCA Demolition; Kingtosh Trucking; John Lapiana; Legacy Truck Centers; Levitt Trucking Inc.; Listwak, Finke & Associates; Locke Transport 1 Inc.; Lucas-Frezzell Trucking LLC; Magnetic Lifting Technology; Matheson Tri-Gas Co.; Mayo Trucking LLC; Tony Mazzarini; Mels Truck Service; Mobile Medical Corp.; Moreneau Shepell BDA Limited; Motorists Mutual Insurance; Tony Mullen; NAPA Fayette; NXT Generation Trucking LLC; Over Size Load; Pac Van; Patton Trucking; Pittsburgh Tire Service; Plum Transport; Quill Corporation; Rapid Advance; Richard Rossi; S&P Trucking LLC; Richard Serakowski/Serakowski Electric; Showerz Trucking LLC; Kevin Soles; South Hills Cement; Starr Indemnity and Liability Co.; Steel City Drug Testing; Steubenville Truck Center; Summit Mountain Tire; T Love Trucking LLC; Tim Joyce Fasteners; Tomman Trucking; US Premium Finance; Wades Body and Frame Shop; Watts Truck Center; West Penn Laco; Ziegler Tire

#242 - Amended Response filed by Oversize Load, Inc.

#230 Objection to Claim of McGann & Chester LLC. At claim number 52.
#254 - Response filed by McGann & Chester, LLC

#238 Motion to Sell Property Free and Clear of Liens under Section 363(f) and 363(b). Re: 8205 Woodbridge Pointe Drive, Fort Myers, Florida 33912 filed by the Debtors
#246 - CNO filed

**APPEARANCES:**
Debtor:            Donald R. Calaiaro
Trustee:           James S. Fellin
McGann & Chester:  Robert Dauer

**NOTES:** [10:35]

Calaiaro: Has an offer of $440,000. As is where is. Will pay off the first mortgage, and the limited mortgage of NewTek.

Court: No proof of publication on docket right now.

Calaiaro: Should be on the docket today.

*Property is exposed for sale. No higher and better offers.*

Calaiaro: On McGann Objection - has been in contact with Dauer, and will be able to resolve the objection.

**OUTCOME:**

1) For the reasons stated on the record, the *Motion for an Order Approving the Sale of Real Property Free and Clear of Liens, Claims, and Encumbrances Pursuant to Sections 363(b) and 363(f)* [Dkt. No. 238] is GRANTED upon submission of amended proposed order correcting errors discussed on the record. [Text order].

2) For the reasons stated on the record, the *Debtors' Second Omnibus Objection to Claims Against Disputed and Unfiled Claims (K-Z)* [Dkt. No. 224] is SUSTAINED. [HT to enter proposed order at Dkt. No. 224].

3) For the reasons stated on the record, the *Debtors' Objection to Claim of McGann & Chester LLC (Proof of Claim No. 52)* [Dkt. No. 230] is continued to May 1, 2023 at 10 a.m. On or before April 21, 2023, the parties shall jointly submit a stipulation under certification of counsel. [Text order].

**DATED:** 4/13/2023