Case 22-20324-GLT    Doc 286    Filed 05/02/23    Entered 05/02/23 13:23:37    Desc Main
Document    Page 1 of 1
FILED
5/2/23 12:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 22-20324-GLT |
| | : | Chapter: | 11 |
| David A. Golupski | : | | |
| Maureen Y. Golupski | : | | |
| | : | Date: | 5/1/2023 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**   # 230 Con't Objection to Claim of McGann & Chester LLC. At claim number 52.
                       # 254 - Response filed by McGann & Chester LLC

**APPEARANCES**:
   Debtor:              Donald R. Calaiaro
   Trustee:             James S. Fellin
   Cozza Enterprises:   Keri Ebeck

**NOTES:**   [10:30]

Calaiaro: Filed a stipulation this morning that settled this. That is why Attorney Sanderson for McGann & Chester is not here.

Court: Notes that Cozza matter was already resolved, and an order entered.

**OUTCOME:**

1) For the reasons stated on the record, the *Debtors' Objection to Claim of McGann & Chester LLC* [Dkt. No. 230] is resolved by stipulation of the parties. [HT to enter stipulation at dkt. no. 281].

**DATED:** 5/1/2023