**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** ) | **Case No.** 22-20324-GLT |
| David A. Golupski and ) | |
| Maureen Y. Golupski, ) | **Chapter** 11 (Subchapter V) |
| **Debtors,** ) | |
| David A. Golupski and ) | **Related Document No.** 294 |
| Maureen Y. Golupski, ) | |
| **Movants,** ) | **Hearing Date:** 08/11/23 @ 10:30 a.m. |
| v. ) | **Responses Due:** 07/28/23 |
| Heights Title Services, LLC, ) | |
| **Respondent.** ) | **Document No.** 295 |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING
MOTION OF David A. Golupski and Maureen Y. Golupski FOR
Motion to Enforce Order of Sale and Compel Turnover of Funds**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **July 28, 2023** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

An in-person hearing will be held on **August 11, 2023, at 10:30 a.m.** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than **4 p.m. on the business day** prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf).

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

**DATE:** July 11, 2023

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA I.D. #27538**
**dcalaiaro@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 22-20324-GLT |
| David A. Golupski and | ) |
| Maureen Y. Golupski, | ) **Chapter** 11 (Subchapter V) |
| **Debtors,** | ) |
| David A. Golupski and | ) **Related Document No.** 294 |
| Maureen Y. Golupski, | ) |
| **Movants,** | ) **Hearing Date:** 08/11/23 @ 10:30 a.m. |
| v. | ) **Responses Due:** 07/28/23 |
| Heights Title Services, LLC, | ) |
| **Respondent.** | ) **Document No.** 295 |

**CERTIFICATE OF SERVICE OF Notice of Hearing and
Motion to Enforce Order of Sale and Compel Turnover of Funds**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on July 11, 2023.

**SERVICE BY FIRST-CLASS MAIL AND E-MAIL**:
Heights Title Services, LLC
ATTN: Massiel Mendoza, Closing Agent
21105 Design Parc Lane, Unit 101
Estero, FL 33928
Massiel@heightstitle.com

**SERVICE BY FIRST-CLASS MAIL**:
James R. Higgins
SWFL Real Estate Experts
10461 Six Mile Cypress Parkway, Suite 504
Fort Myers, Fl 33966

Mr. and Mrs. David Golupski
5101 Carnoustie Drive
Presto, PA 15142

**SERVICE BY NEF**:
James S. Fellin; jfellin@nottinghamgroup.com
Jodi Hause on behalf of U.S. Trustee Office of the United States Trustee
jodi.hause@usdoj.gov, David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV
Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic

Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

| | |
|---|---|
| **Executed on:**  July 11, 2023 | /s/ Donald R. Calaiaro<br>**Donald R. Calaiaro, Esquire**<br>**PA I.D. #27538**<br>**dcalaiaro@c-vlaw.com**<br>**CALAIARO VALENCIK**<br>**938 Penn Avenue, Suite 501**<br>**Pittsburgh, PA  15222-3708**<br>**(412) 232-0930** |