**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** ) | **Case No.** 22-20324-GLT |
| David A. Golupski and ) | |
| Maureen Y. Golupski, ) | **Chapter** 11 (Subchapter V) |
| **Debtors,** ) | |
| David A. Golupski and ) | |
| Maureen Y. Golupski, ) | |
| **Movants,** ) | |
| v. ) | |
| No Respondent. ) | |
| **Respondent.** ) | **Document No.** |

**REPORT FOR BANKRUPTCY JUDGES IN CASES TO BE CLOSED**

**CHAPTER 11 CASES**

__X__ Plan Confirmed          _____ Plan Not Confirmed

If plan was confirmed and the case is still in Chapter 11, what percentage dividend was (or is) to be paid under the plan to the general unsecured class of creditors, Class?  25%

I certify under penalty of perjury that the information provided on this form is true and correct to the best of my knowledge, information, and belief and that all estimated payments have been designated appropriately as such.

| | | |
|---|---|---|
| July 12, 2023 | Donald R. Calaiaro | /s/ Donald R. Calaiaro |
| DATE | Preparer | SIGNATURE |

PAWB Local Form 14  (07/13)