## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 22-20324-GLT |
| David A. Golupski and | ) |
| Maureen Y. Golupski, | ) **Chapter** 11 (Subchapter V) |
| **Debtors,** | ) |
| David A. Golupski and | ) **Related Document No.** 294-295 |
| Maureen Y. Golupski, | ) |
| **Movants,** | ) **Hearing Date:** 08/11/23 @ 10:30 a.m. |
| v. | ) **Responses Due:** 07/28/23 |
| Heights Title Services, LLC, | ) |
| **Respondent.** | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO ENFORCE ORDER OF SALE AND
COMPEL TURNOVER OF FUNDS– Document No. 294**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Enforce Order of Sale and Compel Turnover of Funds** filed on **July 11, 2023**, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion to Enforce Order of Sale and Compel Turnover of Funds** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Enforce Order of Sale and Compel Turnover of Funds** were to be filed and served no later than **July 28, 2023.**

It is hereby respectfully requested that the Order attached to the **Motion to Enforce Order of Sale and Compel Turnover of Funds** be entered by the Court.

**Dated:** July 31, 2023

/s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire
PA I.D. #27538
dcalaiaro@c-vlaw.com
CALAIARO VALENCIK
938 Penn Avenue, Suite 501
Pittsburgh, PA  15222-3708
(412) 232-0930**