# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 22-20324-GLT |
| David A. Golupski and | ) |
| Maureen Y. Golupski, | ) **Chapter** 11 (Subchapter V) |
| **Debtors,** | ) |
| David A. Golupski and | ) **Related Document No.** 296-297 |
| Maureen Y. Golupski, | ) |
| **Movants,** | ) **Hearing Date:** 08/11/23 @ 10:30 a.m. |
| v. | ) **Responses Due:** 07/31/23 |
| No Respondent. | ) |
| **Respondent.** | ) **Document No.** |

## CERTIFICATION OF NO OBJECTION REGARDING
## DEBTORS' MOTION FOR FINAL DECREE– Document No. 296

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Debtors' Motion for Final Decree** filed on **July 12, 2023**, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Debtors' Motion for Final Decree** appears thereon. Pursuant to the Notice of Hearing, objections to the **Debtors' Motion for Final Decree** were to be filed and served no later than **July 31, 2023.**

It is hereby respectfully requested that the Order attached to the **Debtors' Motion for Final Decree** be entered by the Court.

**Dated:** August 1, 2023

/s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA I.D. #27538**
**dcalaiaro@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**